UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                              Chapter 7

Blue Diamond Air Systems, Inc.,                                     Case No. 8-22-72698-ast

                                                  Debtor.
------------------------------------------------------------x
Marc. A. Pergament, Chapter 7 Trustee of the
Bankruptcy Estate of Blue Diamond Air Systems, Inc.,

                                                  Plaintiff,

     -against-

                                                  Adv. Pro. No. 8-24-08071-ast

Douglas Gene Belz a/k/a Douglas Belz,
Stephen DiMeglio and James Edwin Dvorak
a/k/a James Dvorak,

                                              Defendants.
------------------------------------------------------------x

## STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE MOVE IN RESPONSE TO THE COMPLAINT

**IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED** by and between counsel for the parties herein that:

      1.      The time for defendants Douglas Gene Belz a/k/a Douglas Belz, Stephen DiMeglio and James Edwin Dvorak a/k/a James Dvorak (collectively, "Defendants") to answer, move, or otherwise respond to the Complaint in the above-captioned adversary proceeding is extended through and including September 30, 2024.

      2.      Defendants hereby waive any defenses as to the service of the Summons and Complaint.

*[Remainder of page intentionally blank]*

3. This Stipulation may be executed in counterparts and an electronic copy shall be deemed an original.

Dated: Garden City, New York
August 27, 2024

**WEINBERG, GROSS & PERGAMENT LLP**

By: ███████████████
Michael Farina, Esq.
400 Garden City Plaza, Suite 309
Garden City, New York 11530
(516) 877-2424

*Attorneys for Plaintiff Marc. A. Pergament, Chapter 7 Trustee of the Bankruptcy Estate of Blue Diamond Air Systems, Inc.*


Dated: Uniondale, New York
August 27, 2024

**RUSKIN MOSCOU FALTISCHEK, P.C.**

By: ███████████████
Sheryl P. Giugliano, Esq.
1425 RXR Plaza, East Tower
15th Floor
Uniondale, New York 11556
(516) 663-6600

*Attorneys for Defendants Douglas Gene Belz a/k/a Douglas Belz, Stephen DiMeglio, and James Edwin Dvorak a/k/a James Dvorak*

2