# EXHIBIT "B"



# CLOSING STATEMENT

SALE OF

# COMMON STOCK

OF

# BLUE DIAMOND SHEET METAL, INC.,

# DIAM-N-BLU MECHANICAL CORP.,

# AND

# MIRAGE MECHANICAL SYSTEMS, INC.

CLOSING DATE

# AS OF DECEMBER 22, 2020

[3542-001/3425298]



Westbury | Ronkonkoma | Riverhead
(631) 738-9100 | www.cmmllp.com

# CAMPOLO, MIDDLETON & McCORMICK, LLP

## SALE OF THE COMMON STOCK OF BLUE DIAMOND SHEET METAL, INC., DIAM-N-BLU MECHANICAL CORP., AND MIRAGE MECHANICAL SYSTEMS, INC.

**Parties:**

**Sellers:**
Douglas Belz
22 S. Gillette Avenue
Bayport, NY 11705
Email: rbelz@dnbmechanical.com

Stephen DiMeglio
755 Harbor Lane
Cutchogue, NY 11935
Email: sdimeglio@dnbmechanical.com

James Dvorak
179 Oakwood Avenue
Bayport, NY 11705
Email: jdvorak@dnbmechanical.com

**Purchasers:**
Meghan LaBella
79 Handsome Avenue
Sayville, NY 11782
Email: mlabella@bdssheetmetal.com

Al LaBella
79 Handsome Avenue
Sayville, NY 11782
Email: albella@bdssheetmetal.com

**Counsel for Sellers:**
Ruskin Moscou Faltischek, P.C.
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY 11556-1425
Attention: Adam P. Silvers, Esq.
Facsimile: (516) 663-6719
Email: asilvers@rmfpc.com

**Counsel for Purchasers:**
Campolo, Middleton & McCormick, LLP
4175 Veterans Memorial Highway
Ronkonkoma, NY 11779
Attention: Joseph N. Campolo, Esq.
Facsimile: (631) 738-0659
Email: jcampolo@cmmllp.com



**CM&M CAMPOLO, MIDDLETON & McCORMICK, LLP**

| | |
|---|---|
| **Closing Date:** | December 22, 2020 |
| **Purchase Price:** | $4,448,250.00 |
| **Payment:** | $1,482,750.00 to Douglas Belz |
| | $1,482,750.00 to Stephen DiMeglio |
| | $1,482,750.00 to James Dvorak |

*Signature page to follow*

# CM&M
## CAMPOLO, MIDDLETON & McCORMICK, LLP

Agreed to and
accepted by:

**PURCHASERS:**

_____
Meghan LaBella

_____
Al LaBella

**SELLERS:**

_____
Douglas Belz

_____
Stephen DiMeglio

_____
James Dvorak

**COMPANIES:**

BLUE DIAMOND SHEET METAL, INC.

By: _____
Name: Al LaBella
Title:  Vice President

DIAM-N-BLU MECHANICAL CORP.

By: _____
Name: Al LaBella
Title:  Vice President

MIRAGE MECHANICAL SYSTEMS, INC.

By: _____
Name: Al LaBella
Title:  Vice President

*Signature page to Closing Statement of Sale of Common Stock*

# CAMPOLO, MIDDLETON & MCCORMICK, LLP

Agreed to and accepted by:

**PURCHASERS:**

_____
Meghan LaBella

**SELLERS:**

_____
Al LaBella

_____
Douglas Belz

_____
Stephen DiMeglio

_____
James Dvorak

**COMPANIES:**

BLUE DIAMOND SHEET METAL, INC.

By:_____
Name: Al LaBella
Title: Vice President

DIAM-N-BLU MECHANICAL CORP.

By:_____
Name: Al LaBella
Title: Vice President

MIRAGE MECHANICAL SYSTEMS, INC.

By:_____
Name: Al LaBella
Title: Vice President

*Signature page to Closing Statement of Sale of Common Stock*

Page | 4

[3542-001/3425298]



Westbury | Ronkonkoma | Riverhead
(631) 738-9100 | www.cmmllp.com

# CAMPOLO, MIDDLETON & MCCORMICK, LLP

Agreed to and
accepted by:

**PURCHASERS:**

_____
Meghan LaBella

**SELLERS:**

_____
Al LaBella

_____
Douglas Belz 

_____
Stephen DiMeglio

_____
James Dvorak

**COMPANIES:** BLUE DIAMOND SHEET METAL, INC.

By: _____
Name: Al LaBella
Title: Vice President

DIAM-N-BLU MECHANICAL CORP.

By: _____
Name: Al LaBella
Title: Vice President

MIRAGE MECHANICAL SYSTEMS, INC.

By: _____
Name: Al LaBella
Title: Vice President

*Signature page to Closing Statement of Sale of Common Stock*

Page | 4