# EXHIBIT "I"

<div style="border:1px solid black">

**Fill in this information to identify the case:**

Debtor 1     BLUE DIAMOND AIR SYSTEMS, INC.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN    District of NEW YORK

Case number   8-22-72698-AST

</div>

## Official Form 410

# Proof of Claim
<div align="right">04/22</div>

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

---

| **Part 1:** | **Identify the Claim** |
|---|---|

**1. Who is the current creditor?**

Department of Treasury - Internal Revenue Service
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

[X] No

[ ] Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Internal Revenue Service
Name

P.O. Box 7346
Number Street

Philadelphia     PA     19101-7346
City     State     ZIP Code

Contact phone   1-800-973-0424

Contact email _____

Creditor Number: 10116810

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ __ ___ __ ___ __ ___ __ ___ __ __ _

**Where should payments to the creditor be sent? (if different)**

Internal Revenue Service
Name

P.O. Box 7317
Number Street

Philadelphia     PA     19101-7317
City     State     ZIP Code

Contact phone   1-800-973-0424

Contact email _____

**4. Does this claim amend one already filed?**

[ ] No

[X] Yes. Claim number on court claims registry (if known) _9_      Filed on 11/04/2022
       MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

[X] No

[ ] Yes. Who made the earlier filing? _____

---

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: <u>See Attachment</u> ____

**7. How much is the claim?** $_____2,445,212.34 . **Does this amount include interest or other charges?**

☐ No

☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

<u>Taxes</u>

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☐ No

☒ Yes. Identify the property: <u>See Attachment</u>

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | | Amount entitled to priority |
|---|---|---|

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☒ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $_____

☒ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $ 2,159,148.50

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.  $_____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   05/25/2023
                   MM / DD / YYYY

/s/ JULIA A SWEENEY
Signature

**Print the name of the person who is completing and signing this claim:**

Name      JULIA A                              SWEENEY
          First name        Middle name        Last name

Title     Bankruptcy Specialist

Company   Internal Revenue Service
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   15 New Sudbury St., M/S 20800
          Number Street
          Boston                    MA    02203
          City                      State ZIP Code

Contact phone  (617) 316-2262        Email  Julia.sweeney@irs.gov

# Proof of Claim for
# Internal Revenue Taxes



**Form 410**
Attachment

Department of the Treasury/Internal Revenue Service

**In the Matter of:** BLUE DIAMOND AIR SYSTEMS, INC.

1165 STATION ROAD
MEDFORD, NY 11763

| Case Number |
| --- |
| 8-22-72698-AST |
| Type of Bankruptcy Case |
| CHAPTER 7A |
| Date of Petition |
| 10/04/2022 |

Amendment No. 1 to Proof of Claim dated 11/04/2022

The United States has the right of setoff or counterclaim(s) in the amount of 715,086.22. The identification of the right of setoff in the amount is based on available data and is not intended to waive or limit the right to setoff against this claim debts owed to this debtor by this or any other federal agency that have not been identified. All rights of setoff are preserved and will be asserted to the extent lawful.

IRS reserves the right to Amend the claim upon a thorough examination
of the tax returns.

## Unsecured Priority Claims     under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- |
| XX-XXX1264 | REQRD PYMT | 12/31/2019 | 04/05/2021 | $16,150.00 | $1,336.36 |
| XX-XXX1264 | CORP-INC | 09/30/2021 | 1 D-ESTIMATED-SEE NOTE | $2,500.00 | $74.58 |
| XX-XXX1264 | FUTA | 12/31/2021 | 2 1-ESTIMATED-SEE NOTE | $6,500.00 | $185.11 |
| XX-XXX1264 | WT-FICA | 03/31/2022 | 08/23/2022 | $662,175.30 | $15,739.95 |
| XX-XXX1264 | WT-FICA | 06/30/2022 | 3 6-ESTIMATED-SEE NOTE | $708,780.34 | $0.00 |
| XX-XXX1264 | WT-FICA | 09/30/2022 | 04/03/2023 | $740,359.20 | $0.00 |
| XX-XXX1264 | WT-FICA | 10/01/2022 - 10/04/2022 | 03/20/2023 | $566.54 | $0.00 |
| XX-XXX1264 | FUTA | 01/01/2022 - 10/04/2022 | 2 1-ESTIMATED-SEE NOTE | $4,781.12 | $0.00 |
| | | | | $2,141,812.50 | $17,336.00 |

**Total Amount of Unsecured Priority Claims:**    $2,159,148.50

## Unsecured General Claims

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . .$286,063.84

**Total Amount of Unsecured General Claims:**    $286,063.84

1 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.
2 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.
3 ESTIMATED UNASSESSED TAX LIABILITY PENDING DETERMINATION. IRC 6020(B).