# EXHIBIT "L"

# Eastern District of New York
# Claims Register

### 8-22-72698-ast Blue Diamond Air Systems, Inc. Converted 02/10/2023

| | |
|---|---|
| **Judge:** Alan S. Trust | **Chapter:** 7 |
| **Office:** Central Islip | **Last Date to file claims:** 05/30/2023 |
| **Trustee:** Marc A. Pergament | **Last Date to file (Govt):** 04/04/2023 |

| | | |
|---|---|---|
| *Creditor:* (10116813)<br>NYS Dept. of Taxation & Finance<br>Bankruptcy/ Special Procedures<br>Section<br>PO Box 5300<br>Albany, NY 12205-0300 | **Claim No: 1**<br>*Original Filed Date:* 10/06/2022<br>*Original Entered Date:* 10/06/2022<br>*Last Amendment Filed:* 06/27/2023<br>*Last Amendment Entered:* 06/27/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* David M Pugliese<br>*Modified:* |

Amount claimed: $546072.69

Priority claimed: $483836.94

*History:*

| | | | |
|---|---|---|---|
| Details | ❸ | 1-1 | 10/06/2022 Claim #1 filed by NYS Dept. of Taxation & Finance, Amount claimed: $362157.89 (Pugliese, David) |
| Details | ❸ | 1-2 | 12/14/2022 Amended Claim #1 filed by NYS Dept. of Taxation & Finance, Amount claimed: $518375.03 (Pugliese, David) |
| Details | ❸ | 1-3 | 02/09/2023 Amended Claim #1 filed by NYS Dept. of Taxation & Finance, Amount claimed: $543883.28 (Pugliese, David) |
| Details | ❸ | 1-4 | 06/27/2023 Amended Claim #1 filed by NYS Dept. of Taxation & Finance, Amount claimed: $546072.69 (Pugliese, David) |

*Description:* (1-1) pre petition proof of claim
(1-2) 1st amended pre petition proof of claim
(1-3) 2nd amended pre petition proof of claim
(1-4) 3rd amended pre petition proof of claim
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (10119149)<br>Santander Consumer USA Inc. d/b/a/<br>Chrysler Capita<br>as servicer for CCAP Auto Lease Ltd.<br>P.O. BOX 961275<br>FORT WORTH, TX 76161 | **Claim No: 2**<br>*Original Filed Date:* 10/13/2022<br>*Original Entered Date:* 10/13/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Kimberly Lopez<br>*Modified:* |

Amount claimed: $24738.00

*History:*

| | | | |
|---|---|---|---|
| Details | ❸ | 2-1 | 10/13/2022 Claim #2 filed by Santander Consumer USA Inc. d/b/a/ Chrysler Capita, Amount claimed: $24738.00 (Lopez, Kimberly) |

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (10119209) | **Claim No: 3** | *Status:* |

*History:*

| | | | |
|---|---|---|---|
| Details | ❸ | 3-1 | 10/12/2022 Claim #3 filed by Uline, Amount claimed: $60.68 (drk) |

*Description:*
*Remarks:*

Uline                               *Original Filed Date*: 10/12/2022      *Filed by:* CR
12575 Uline Drive                   *Original Entered Date*: 10/13/2022    *Entered by:* drk
Pleasant Prairie, WI 53158                                                 *Modified:*

  Amount claimed: $60.68

*History:*
  Details    ◑    3-1     10/12/2022 Claim #3 filed by Uline, Amount claimed: $60.68 (drk)

*Description:*
*Remarks:*


*Creditor:*        (10120475)        **Claim No: 4**                       *Status:*
TOYOTA INDUSTRIES COMMERCIAL        *Original Filed Date*: 10/18/2022      *Filed by:* CR
FINANCE                             *Original Entered Date*: 10/18/2022    *Entered by:* Scott D Fink
INC.                                                                       *Modified:*
c/o Weltman, Weinberg, and Reis Co.,
L.P
965 Keynote Circle
Brooklyn Heights, OH 44131

  Amount  claimed: $32013.15

  Secured claimed: $32013.15

*History:*
  Details    ◑    4-1     10/18/2022 Claim #4 filed by TOYOTA INDUSTRIES COMMERCIAL FINANCE, Amount claimed:
                          $32013.15 (Fink, Scott)

*Description:*
*Remarks:*


*Creditor:*        (10120751)        **Claim No: 5**                       *Status:*
Green Note Capital Partners, Inc.   *Original Filed Date*: 10/19/2022      *Filed by:* CR
80 Broad St, Suite 3303             *Original Entered Date*: 10/19/2022    *Entered by:* admin
New York, NY 10004                                                         *Modified:*

  Amount  claimed: $690511.76

  Secured claimed: $690511.76

*History:*
  Details    ◑    5-1     10/19/2022 Claim #5 filed by Green Note Capital Partners, Inc., Amount claimed: $690511.76
                          (admin)

*Description:*
*Remarks:*


*Creditor:*        (10120987)    History     **Claim No: 6**               *Status:*
Metro Insulation Corp               *Original Filed Date*: 10/20/2022      *Filed by:* CR
PO Box 576                          *Original Entered Date*: 10/20/2022    *Entered by:* hrm
Branchville, NJ 07826                                                      *Modified:*

  Amount claimed: $40049.39

*History:*
  Details    ◑    6-1     10/20/2022 Claim #6 filed by Metro Insulation Corp, Amount claimed: $40049.39 (hrm)

*Description:*
*Remarks:*


*Creditor:*        (10121135)        **Claim No: 7**                       *Status:*
Independent Sheet Metal Co., Inc.   *Original Filed Date*: 10/20/2022      *Filed by:* CR
Hoagland Longo Moran Dunst & Doukas *Original Entered Date*: 10/20/2022    *Entered by:* admin
40 Paterson Street                                                         *Modified:*

P.O. Box 480
New Brunswick, NJ 08901

Amount claimed: $241662.92

*History:*

| Details | ❏ | 7-1 | 10/20/2022 Claim #7 filed by Independent Sheet Metal Co., Inc., Amount claimed: $241662.92 (admin) |

*Description:*
*Remarks:*

---

| *Creditor:* (10125499) | **Claim No: 8** | *Status:* |
| NEW YORK STATE DEPARTMENT OF LABOR | *Original Filed Date*: 11/02/2022 | *Filed by:* CR |
| STATE CAMPUS BLDG 12 RM 256 | *Original Entered Date*: 11/02/2022 | *Entered by:* admin |
| ALBANY, NY 12240 | *Last Amendment Filed*: 01/08/2024 | *Modified:* 01/08/2024 |
| | *Last Amendment Entered*: 01/08/2024 | |

Amount claimed: $97616.57
Priority claimed: $97616.57

*History:*

| Details | ❏ | 8-1 | 11/02/2022 Claim #8 filed by NEW YORK STATE DEPARTMENT OF LABOR, Amount claimed: $78761.00 (admin) |
| Details | ❏ | 8-2 | 11/17/2022 Amended Claim #8 filed by NEW YORK STATE DEPARTMENT OF LABOR, Amount claimed: $85670.71 (admin) |
| Details | ❏ | 8-3 | 02/17/2023 Amended Claim #8 filed by NEW YORK STATE DEPARTMENT OF LABOR, Amount claimed: $94611.37 (admin) |
| Details | ❏ | 8-4 | 01/08/2024 Amended Claim #8 filed by NEW YORK STATE DEPARTMENT OF LABOR, Amount claimed: $97616.57 (admin) |

*Description:*
*Remarks:* (8-1) Account Number (last 4 digits):0784
(8-2) Account Number (last 4 digits):0784
(8-3) Account Number (last 4 digits):0784
(8-4) Account Number (last 4 digits):0784

---

| *Creditor:* (10116810) | **Claim No: 9** | *Status:* |
| Internal Revenue Service | *Original Filed Date*: 11/04/2022 | *Filed by:* CR |
| Centralized Insolvency Operations | *Original Entered Date*: 11/04/2022 | *Entered by:* Lynn R Sexton |
| PO Box 7346 | *Last Amendment Filed*: 05/25/2023 | *Modified:* |
| Philadelphia, PA 19101-7346 | *Last Amendment Entered*: 05/25/2023 | |

Amount claimed: $2445212.34
Secured claimed:      $0.00
Priority claimed: $2159148.50

*History:*

| Details | ❏ | 9-1 | 11/04/2022 Claim #9 filed by Internal Revenue Service, Amount claimed: $2228051.22 (Sexton, Lynn) |
| Details | ❏ | 9-2 | 12/19/2022 Amended Claim #9 filed by Internal Revenue Service, Amount claimed: $2813699.00 (Sexton, Lynn) |
| Details | ❏ | 9-3 | 05/25/2023 Amended Claim #9 filed by Internal Revenue Service, Amount claimed: $2445212.34 (Sexton, Lynn) |

*Description:*
*Remarks:*

---

| *Creditor:* (10128122) | **Claim No: 10** | *Status:* |
| Euler Hermes N. A. insurance Co. as Agent for HOWE | *Original Filed Date*: 11/10/2022 | *Filed by:* CR |
| | *Original Entered Date*: 11/10/2022 | *Entered by:* admin |

800 Red Brook Blvd, #400C
Owings Mills, MD 21117                                                      *Modified:*

  Amount claimed: $15808.33

*History:*

Details   🔵   10-1   11/10/2022 Claim #10 filed by Euler Hermes N. A. Insurance Co. as Agent for HOWE, Amount
                          claimed: $15808.33 (admin)

*Description:*

*Remarks:* (10-1) Account Number (last 4 digits):4253

| | | |
|---|---|---|
| *Creditor:*     (10128372) | **Claim No: 11** | *Status:* |
| PSEG LI | *Original Filed Date:* 11/11/2022 | *Filed by:* CR |
| 15 Park Drive | *Original Entered Date:* 11/11/2022 | *Entered by:* admin |
| Special Collections | | *Modified:* |
| Melville, NY 11747 | | |

  Amount claimed: $31967.94

*History:*

Details   🔵   11-1   11/11/2022 Claim #11 filed by PSEG LI, Amount claimed: $31967.94 (admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*     (10131372) | **Claim No: 12** | *Status:* |
| LG Funding LLC | *Original Filed Date:* 11/21/2022 | *Filed by:* CR |
| Gene Rosen's Law Firm - A Professional | *Original Entered Date:* 11/21/2022 | *Entered by:* admin |
| Corpor | | *Modified:* |
| 200 Garden City Plaza, Suite 405 | | |
| Garden City, NY 11530 | | |

  Amount  claimed: $666368.75

  Secured claimed: $666368.75

*History:*

Details   🔵   12-1   11/21/2022 Claim #12 filed by LG Funding LLC, Amount claimed: $666368.75 (admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*     (10121102) | **Claim No: 13** | *Status:* |
| Sound Refrigeration & Air Conditioning, | *Original Filed Date:* 11/28/2022 | *Filed by:* CR |
| Inc. | *Original Entered Date:* 11/28/2022 | *Entered by:* Matthew V Spero |
| c/o Rivkin Radler LLP | | *Modified:* |
| 926 RXR Plaza | | |
| Uniondale, NY 11556 | | |
| *No amounts claimed* | | |

*History:*

Details   🔵   13-1   11/28/2022 Claim #13 filed by Sound Refrigeration & Air Conditioning, Inc., Amount claimed: (Spero,
                      Matthew)

*Description:* (13-1) Contingent and unliquidated. See attached Rider.

*Remarks:* (13-1) Amounts, if any, due and owing under the Contracts with respect to the Projects.

| | | |
|---|---|---|
| *Creditor:*     (10133418) | **Claim No: 14** | *Status:* |
| Southerntier Custom Fabricators, Inc. | *Original Filed Date:* 11/29/2022 | *Filed by:* CR |
| c/o Bond, Schoeneck & King, PLLC | *Original Entered Date:* 11/29/2022 | *Entered by:* Sara C. Temes |
| Attn: Sara C. Temes, Esq. | | *Modified:* |
| One Lincoln Center | | |

Syracuse, NY 13202

Amount claimed: $347502.87

*History:*

Details ◉  14-1  11/29/2022 Claim #14 filed by Southerntier Custom Fabricators, Inc., Amount claimed: $347502.87
(Temes, Sara)

*Description:*
*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (10134224) | **Claim No: 15** | *Status:* |
| Ally Bank c/o AIS Portfolio Services, | *Original Filed Date*: 11/30/2022 | *Filed by:* CR |
| LLC | *Original Entered Date*: 11/30/2022 | *Entered by:* Marian Garza |
| 4515 N. Santa Fe Ave. Dept. APS | *Last Amendment Filed*: 07/26/2024 | *Modified:* |
| Oklahoma City, OK 73118 | *Last Amendment Entered*: 07/26/2024 | |

Amount claimed: $8681.13

*History:*

Details ◉  15-1  11/30/2022 Claim #15 filed by Ally Bank c/o AIS Portfolio Services, LLC, Amount claimed: $24154.18
(Welch, Zann)

Details ◉  15-2  07/26/2024 Amended Claim #15 filed by Ally Bank c/o AIS Portfolio Services, LLC, Amount claimed:
$8681.13 (Garza, Marian)

*Description:*
*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (10134224) | **Claim No: 16** | *Status:* |
| Ally Bank c/o AIS Portfolio Services, LLC | *Original Filed Date*: 11/30/2022 | *Filed by:* CR |
| 4515 N. Santa Fe Ave. Dept. APS | *Original Entered Date*: 11/30/2022 | *Entered by:* Zann R Welch |
| Oklahoma City, OK 73118 | | *Modified:* |

Amount  claimed: $24313.88
Secured claimed: $24313.88

*History:*

Details ◉  16-1  11/30/2022 Claim #16 filed by Ally Bank c/o AIS Portfolio Services, LLC, Amount claimed: $24313.88
(Welch, Zann)

*Description:*
*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (10134389) | **Claim No: 17** | *Status:* |
| Sheet Metal Workers Local Union No. | *Original Filed Date*: 12/01/2022 | *Filed by:* CR |
| 28 Funds and P | *Original Entered Date*: 12/01/2022 | *Entered by:* Thomas P Keane |
| c/o 100 Crossways Park Drive West | *Last Amendment Filed*: 05/30/2023 | *Modified:* |
| Suite 200, Woodbury NY 11979 | *Last Amendment Entered*: 05/30/2023 | |

Amount claimed: $464910.38
Priority  claimed: $236331.26

*History:*

Details ◉  17-1  12/01/2022 Claim #17 filed by Sheet Metal Workers Local Union No. 28 Funds and P, Amount
claimed: $830361.36 (Keane, Thomas)

Details ◉  17-2  05/30/2023 Amended Claim #17 filed by Sheet Metal Workers Local Union No. 28 Funds and P,
Amount claimed: $464910.38 (Keane, Thomas)

*Description:* (17-1) Fringe benefit contributions and interest
*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (10134513) | **Claim No: 18** | *Status:* |

The Travelers Indemnity Company and those certain
One Tower Square GCM10
Hartford CT 06183
*No amounts claimed*

*History:*

Details  ⊙  18-1  12/01/2022 Claim #18 filed by The Travelers Indemnity Company and those certain, Amount claimed:
(alh)

*Description:* (18-1) Commercial Insurance

*Remarks:* (18-1) Unliquidated *Please see attached

---

*Creditor:*    (10134545)          **Claim No: 19**              *Status:*
The Travelers Indemnity Company and    *Original Filed Date:* 12/01/2022    *Filed by:* CR
those certain                          *Original Entered Date:* 12/01/2022   *Entered by:* alh
Travelers                                                                    *Modified:*
Account Resolution - Chantel Pinnock
One Tower Square, GCM10
Hartford, CT 06183
*No amounts claimed*

*History:*

Details  ⊙  19-1  12/01/2022 Claim #19 filed by The Travelers Indemnity Company and those certain, Amount claimed:
(alh)

*Description:* (19-1) Insurance Coverage from 10/4/2022 to 11/01/2022

*Remarks:* (19-1) Unliquidated **Please see attached

---

*Creditor:*    (10134672)          **Claim No: 20**              *Status:*
Cellco Partnership d/b/a Verizon       *Original Filed Date:* 12/02/2022    *Filed by:* CR
Wireless                               *Original Entered Date:* 12/02/2022   *Entered by:* admin
William M Vermette                                                           *Modified:*
22001 Loudoun County PKWY
Ashburn, VA 20147

  Amount claimed: $8542.23

*History:*

Details  ⊙  20-1  12/02/2022 Claim #20 filed by Cellco Partnership d/b/a Verizon Wireless, Amount claimed: $8542.23
(admin)

*Description:*

*Remarks:* (20-1) Account Number (last 4 digits):3906

---

*Creditor:*    (10134746)          **Claim No: 21**              *Status:*
U.S. Bank NA dba Elan Financial        *Original Filed Date:* 12/02/2022    *Filed by:* CR
Services                               *Original Entered Date:* 12/02/2022   *Entered by:* Amanda Thomas
Bankruptcy Department                                                        *Modified:*
PO Box 108
Saint Louis MO 63166-0108

  Amount claimed: $17117.65

*History:*

Details  ⊙  21-1  12/02/2022 Claim #21 filed by U.S. Bank NA dba Elan Financial Services, Amount claimed:
$17117.65 (Thomas, Amanda)

*Description:* (21-1) Credit Card 4038

*Remarks:*

---

*Creditor:*    (10134740)          **Claim No: 22**              *Status:*

Airside Fabricators, Inc.
c/o K&L Gates LLP
Attn.: Daniel M. Eliades, Esq.
One Newark Center, 10th Floor
Newark, NJ 07102

*Original Filed Date*: 12/02/2022
*Original Entered Date*: 12/02/2022

*Filed by*: CR
*Entered by*: Daniel M Eliades
*Modified*:

Amount claimed: $63228.63

*History*:

Details ◑ 22-1  12/02/2022 Claim #22 filed by Airside Fabricators, Inc., Amount claimed: $63228.63 (Eliades, Daniel)

*Description*:
*Remarks*:

---

*Creditor*:      (10124888)
Admore Air Conditioning Corp.
835 McLean Avenue
Yonkers, NY 10704

**Claim No: 23**
*Original Filed Date*: 12/02/2022
*Original Entered Date*: 12/02/2022
*Last Amendment Filed*: 05/25/2023
*Last Amendment Entered*: 05/25/2023

*Status*:
*Filed by*: AT
*Entered by*: James M Felix
*Modified*:

Amount claimed: $698037.00

*History*:

Details ◑ 23-1  12/02/2022 Claim #23 filed by Admore Air Conditioning Corp., Amount claimed: (Felix, James)

Details ◑ 23-2  05/25/2023 Amended Claim #23 filed by Admore Air Conditioning Corp., Amount claimed:
$698037.00 (Felix, James)

*Description*: (23-1) Unliquidated damages, see Rider with Exhibits
(23-2) Amended Proof of Claim
*Remarks*:

---

*Creditor*:      (10134910)
Sheet Metal Workers' National Pension
Fund
3180 Fairview Park Dr., Suite 400
Falls Church, VA 22042

**Claim No: 24**
*Original Filed Date*: 12/02/2022
*Original Entered Date*: 12/02/2022
*Last Amendment Filed*: 05/30/2023
*Last Amendment Entered*: 05/30/2023

*Status*:
*Filed by*: CR
*Entered by*: admin
*Modified*: 05/30/2023

Amount claimed: $1095535.79
Priority  claimed:  $992825.22

*History*:

Details ◑ 24-1  12/02/2022 Claim #24 filed by Sheet Metal Workers' National Pension Fund, Amount claimed:
$780318.07 (admin)

Details ◑ 24-2  05/30/2023 Amended Claim #24 filed by Sheet Metal Workers' National Pension Fund, Amount
claimed: $1095535.79 (admin)

*Description*:
*Remarks*: (24-1) Account Number (last 4 digits):0755
(24-2) Account Number (last 4 digits):0755

---

*Creditor*:      (10120237)
First Indemnity of America Insurance
Company
2740 Rt. 10 West, Suite205

**Claim No: 25**
*Original Filed Date*: 12/02/2022
*Original Entered Date*: 12/02/2022
*Last Amendment Filed*: 03/17/2023

*Status*:
*Filed by*: CR
*Entered by*: Paul A Alongi
*Modified*:

*History*:

Details ◑ 25-1  12/02/2022 Claim #25 filed by First Indemnity of America Insurance Company, Amount claimed:
$811311.56 (Alongi, Paul)

Details ◑ 25-2  03/17/2023 Amended Claim #25 filed by First Indemnity of America Insurance Company, Amount
claimed: $817503.26 (Alongi, Paul)

*Description*:
*Remarks*:

Morris Plains, NJ 07950          *Last Amendment Entered:* 03/17/2023

  Amount  claimed: $817503.26

  Secured claimed: $790000.00

  Priority  claimed: $790000.00

*History:*

Details   🔍   25-1   12/02/2022 Claim #25 filed by First Indemnity of America Insurance Company, Amount claimed: $811311.56 (Alongi, Paul)

Details   🔍   25-2   03/17/2023 Amended Claim #25 filed by First Indemnity of America Insurance Company, Amount claimed: $817503.26 (Alongi, Paul)

*Description:*

*Remarks:*


| *Creditor:*    (10134910) | **Claim No: 26** | *Status:* |
|---|---|---|
| Sheet Metal Workers' National Pension Fund | *Original Filed Date:* 12/02/2022 | *Filed by:* CR |
| 3180 Fairview Park Dr., Suite 400 | *Original Entered Date:* 12/02/2022 | *Entered by:* admin |
| Falls Church, VA 22042 | *Last Amendment Filed:* 05/30/2023 | *Modified:* 05/30/2023 |
| | *Last Amendment Entered:* 05/30/2023 | |

  Amount claimed: $18285.07

*History:*

Details   🔍   26-1   12/02/2022 Claim #26 filed by Sheet Metal Workers' National Pension Fund, Amount claimed: $0.00 (admin)

Details   🔍   26-2   05/30/2023 Amended Claim #26 filed by Sheet Metal Workers' National Pension Fund, Amount claimed: $18285.07 (admin)

*Description:*

*Remarks:* (26-1) Account Number (last 4 digits):0755 Filer Comment: A payroll compliance review on claimant's behalf is currently ongoing and the amounts due are unknown.

(26-2) Account Number (last 4 digits):0755


| *Creditor:*    (10134910) | **Claim No: 27** | *Status:* |
|---|---|---|
| Sheet Metal Workers' National Pension Fund | *Original Filed Date:* 12/02/2022 | *Filed by:* CR |
| 3180 Fairview Park Dr., Suite 400 | *Original Entered Date:* 12/02/2022 | *Entered by:* admin |
| Falls Church, VA 22042 | *Last Amendment Filed:* 05/30/2023 | *Modified:* 05/30/2023 |
| | *Last Amendment Entered:* 05/30/2023 | |

  Amount claimed: $19087733.76

*History:*

Details   🔍   27-1   12/02/2022 Claim #27 filed by Sheet Metal Workers' National Pension Fund, Amount claimed: $19086231.34 (admin)

Details   🔍   27-2   05/30/2023 Amended Claim #27 filed by Sheet Metal Workers' National Pension Fund, Amount claimed: $19087733.76 (admin)

*Description:*

*Remarks:* (27-1) Account Number (last 4 digits):0755

(27-2) Account Number (last 4 digits):0755


| *Creditor:*    (10134919) | **Claim No: 28** | *Status:* |
|---|---|---|
| Dierks Heating Company, Inc. | *Original Filed Date:* 12/02/2022 | *Filed by:* CR |
| c/o Leech Tishman Robinson Brog, PLLC | *Original Entered Date:* 12/02/2022 | *Entered by:* admin |
| 875 Third Avenue, 9th Floor | | *Modified:* |

*History:*

Details   🔍   28-1   12/02/2022 Claim #28 filed by Dierks Heating Company, Inc., Amount claimed: $50980.32 (admin)

*Description:*

*Remarks:*

New York, NY 10022

Amount claimed: $50980.32

*History:*

Details  ◑  28-1  12/02/2022 Claim #28 filed by Dierks Heating Company, Inc., Amount claimed: $50980.32 (admin)

*Description:*

*Remarks:*

---

*Creditor:*      (10135297)
Starr Indemnity & Liability Company
399 Park Avenue, 3rd Floor
New York, NY 10022

**Claim No: 29**
*Original Filed Date*: 12/05/2022
*Original Entered Date*: 12/05/2022

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

Amount claimed: $30000.00

*History:*

Details  ◑  29-1  12/05/2022 Claim #29 filed by Starr Indemnity & Liability Company, Amount claimed: $30000.00
                    (admin)

*Description:*

*Remarks:*

---

*Creditor:*      (10135389)
TOMCO Mechanical Corp.
c/o Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119
No amounts claimed

**Claim No: 30**
*Original Filed Date*: 12/05/2022
*Original Entered Date*: 12/05/2022

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

*History:*

Details  ◑  30-1  12/05/2022 Claim #30 filed by TOMCO Mechanical Corp., Amount claimed: (admin)

*Description:*

*Remarks:* (30-1) Filer Comment: See Attached Addendum

---

*Creditor:*      (10135467)
Dime Community Bank
c/o Windels Marx et al.
Attn: Robert J. Malatak
156 W. 56th St
New York, NY 10019

**Claim No: 31**
*Original Filed Date*: 12/05/2022
*Original Entered Date*: 12/05/2022

*Status:*
*Filed by:* CR
*Entered by:* James M Sullivan
*Modified:*

Amount claimed: $9565821.32

*History:*

Details  ◑  31-1  12/05/2022 Claim #31 filed by Dime Community Bank, Amount claimed: $9565821.32 (Sullivan,
                    James)

*Description:*

*Remarks:*

---

*Creditor:*      (10135817)
CloudFund, LLC
c/o Kaminski Law, PLLC
P.O. Box 247

**Claim No: 32**
*Original Filed Date*: 12/06/2022
*Original Entered Date*: 12/06/2022

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

*History:*

Details  ◑  32-1  12/06/2022 Claim #32 filed by CloudFund, LLC, Amount claimed: $1371151.00 (admin)

*Description:*

*Remarks:* (32-1) Filer Comment: There is no interest rate associated with this transaction.

Grass Lake, MI 49240

Amount claimed: $1371151.00

Secured claimed: $1371151.00

*History:*

Details ⊙ 32-1 12/06/2022 Claim #32 filed by CloudFund, LLC, Amount claimed: $1371151.00 (admin)

*Description:*

*Remarks:* (32-1) Filer Comment: There is no interest rate associated with this transaction.

---

| | | |
|---|---|---|
| *Creditor:* (10152541) | **Claim No: 33** | *Status:* |
| All County Crane & Rigging, LLC | *Original Filed Date:* 02/01/2023 | *Filed by:* CR |
| 94 Bellport Ave | *Original Entered Date:* 02/01/2023 | *Entered by:* one |
| Yaphank, NY 11980 | | *Modified:* |

Amount claimed: $7200.00

*History:*

Details ⊙ 33-1 02/01/2023 Claim #33 filed by All County Crane & Rigging, LLC, Amount claimed: $7200.00 (one)

*Description:* (33-1) Unpaid for services rendered
*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (10153334) | **Claim No: 34** | *Status:* |
| Eastern Industrial Equipment | *Original Filed Date:* 02/02/2023 | *Filed by:* CR |
| 194 Atlantic Avenue | *Original Entered Date:* 02/02/2023 | *Entered by:* ylr |
| Garden City Park, NY 11040 | | *Modified:* |

Amount claimed: $5987.00

*History:*

Details ⊙ 34-1 02/02/2023 Claim #34 filed by Eastern Industrial Equipment, Amount claimed: $5987.00 (ylr)

*Description:*
*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (10134919) | **Claim No: 35** | *Status:* |
| Dierks Heating Company, Inc. | *Original Filed Date:* 02/07/2023 | *Filed by:* CR |
| c/o Leech Tishman Robinson Brog, | *Original Entered Date:* 02/07/2023 | *Entered by:* admin |
| PLLC | | *Modified:* |
| 875 Third Avenue, 9th Floor | | |
| New York, NY 10022 | | |

Amount claimed: $13238.04

*History:*

Details ⊙ 35-1 02/07/2023 Claim #35 filed by Dierks Heating Company, Inc., Amount claimed: $13238.04 (admin)

*Description:*
*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (10157462) | **Claim No: 36** | *Status:* |
| Independent Temperature Control | *Original Filed Date:* 02/17/2023 | *Filed by:* CR |
| Services | *Original Entered Date:* 02/17/2023 | *Entered by:* Cooper J Macco |
| 117-19 14th Road | | *Modified:* |
| College Point, NY 11356 | | |

*History:*

Details ⊙ 36-1 02/17/2023 Claim #36 filed by Independent Temperature Control Services, Amount claimed: $875000.00 (Macco, Cooper)

*Description:* (36-1) HS472Q Subcontractor Replacement Costs
*Remarks:*

Amount claimed: $875000.00

*History:*

Details  ⊙  36-1  02/17/2023 Claim #36 filed by Independent Temperature Control Services, Amount claimed:
                    $875000.00 (Macco, Cooper)

*Description:* (36-1) HS472Q Subcontractor Replacement Costs
*Remarks:*


*Creditor:*      (10165146)    History       **Claim No: 37**              *Status:*
Harry Brainum Jr., Inc.                     *Original Filed Date:* 03/09/2023   *Filed by:* CR
Shanker Law Group                           *Original Entered Date:* 03/09/2023  *Entered by:* admin
101 Front Street                                                          *Modified:*
Mineola, NY 11501-4402

 Amount claimed: $543426.00

*History:*

Details  ⊙  37-1  03/09/2023 Claim #37 filed by Harry Brainum Jr., Inc., Amount claimed: $543426.00 (admin)

*Description:*
*Remarks:*


*Creditor:*      (10165980)              **Claim No: 38**              *Status:*
Debra Rabstejnek                            *Original Filed Date:* 03/13/2023   *Filed by:* CR
11 Franklin commons                         *Original Entered Date:* 03/13/2023  *Entered by:* admin
Yaphank, NY 11980-11                                                     *Modified:*

 Amount claimed: $7596.25

*History:*

Details  ⊙  38-1  03/13/2023 Claim #38 filed by Debra Rabstejnek, Amount claimed: $7596.25 (admin)

*Description:*
*Remarks:*


*Creditor:*      (10116813)              **Claim No: 39**              *Status:*
NYS Dept. of Taxation & Finance             *Original Filed Date:* 03/16/2023   *Filed by:* CR
Bankruptcy/ Special Procedures Section  *Original Entered Date:* 03/16/2023  *Entered by:* David M Pugliese
PO Box 5300                                                              *Modified:*
Albany, NY 12205-0300

 Amount claimed: $23662.96
 Priority  claimed: $23662.96

*History:*

Details  ⊙  39-1  03/16/2023 Claim #39 filed by NYS Dept. of Taxation & Finance, Amount claimed: $23662.96
                    (Pugliese, David)

*Description:* (39-1) period of administrative expense tax liability
*Remarks:*


*Creditor:*      (10128528)              **Claim No: 41**              *Status:*
Alta Material Handling                      *Original Filed Date:* 03/16/2023   *Filed by:* CR
845 South 1st Street                        *Original Entered Date:* 03/16/2023  *Entered by:* admin
Ronkonkoma, NY 11779                                                     *Modified:*

*History:*

Details  ⊙  41-1  03/16/2023 Claim #41 filed by Alta Material Handling, Amount claimed: $19639.07 (admin)

*Description:*
*Remarks:* (41-1) Account Number (last 4 digits):2535

Amount claimed: $19639.07

*History:*

Details  ❷  41-1  03/16/2023 Claim #41 filed by Alta Material Handling, Amount claimed: $19639.07 (admin)

*Description:*

*Remarks:* (41-1) Account Number (last 4 digits):2535

| | | |
|---|---|---|
| *Creditor:*    (10168359)    History | **Claim No: 42** | *Status:* |
| Erlin Steel | *Original Filed Date*: 03/17/2023 | *Filed by:* CR |
| Shanker Law Group | *Original Entered Date*: 03/17/2023 | *Entered by:* admin |
| 101 Front Street | | *Modified:* |
| Mineola, NY 11501-4402 | | |

Amount claimed: $17285.80

*History:*

Details  ❷  42-1  03/17/2023 Claim #42 filed by Erlin Steel, Amount claimed: $17285.80 (admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (10172623) | **Claim No: 43** | *Status:* |
| Avanti Technologies LLC. | *Original Filed Date*: 03/23/2023 | *Filed by:* CR |
| 107 N. Country Rd. | *Original Entered Date*: 03/23/2023 | *Entered by:* admin |
| Miller Place, NY 11764 | | *Modified:* |

Amount claimed: $22580.19

*History:*

Details  ❷  43-1  03/23/2023 Claim #43 filed by Avanti Technologies LLC., Amount claimed: $22580.19 (admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (10173172) | **Claim No: 44** | *Status:* |
| Oxford Health Plans | *Original Filed Date*: 03/24/2023 | *Filed by:* CR |
| ATTN: CDM/Bankruptcy | *Original Entered Date*: 03/24/2023 | *Entered by:* ylr |
| 185 Asylum Street- 03B | | *Modified:* |
| Hartford, CT 06103 | | |

Amount claimed: $4466.27
Priority  claimed: $4466.27

*History:*

Details  ❷  44-1  03/24/2023 Claim #44 filed by Oxford Health Plans, Amount claimed: $4466.27 (ylr)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (10178594) | **Claim No: 45** | *Status:* |
| U.S. Small Business Administration | *Original Filed Date*: 04/10/2023 | *Filed by:* CR |
| Little Rock Commercial Loan Servicing | *Original Entered Date*: 04/10/2023 | *Entered by:* admin |

*History:*

Details  ❷  45-1  04/10/2023 Claim #45 filed by U.S. Small Business Administration, Amount claimed: $1995482.38 (admin)

Details  ❷  45-2  04/10/2023 Amended Claim #45 filed by U.S. Small Business Administration, Amount claimed: $1995482.38 (admin)

*Description:*

*Remarks:* (45-1) Account Number (last 4 digits):8209
(45-2) Account Number (last 4 digits):8209

Center
2120 Riverfront Drive, Ste. 100
Little Rock, AR 72202

*Last Amendment Filed*: 04/10/2023          *Modified*: 04/10/2023
*Last Amendment Entered*: 04/10/2023

  Amount  claimed: $1995482.38

  Secured claimed: $1995482.38

*History:*

Details  ⊙  45-1  04/10/2023 Claim #45 filed by U.S. Small Business Administration, Amount claimed: $1995482.38
                             (admin)

Details  ⊙  45-2  04/10/2023 Amended Claim #45 filed by U.S. Small Business Administration, Amount claimed:
                             $1995482.38 (admin)

*Description:*

*Remarks:* (45-1) Account Number (last 4 digits):8209
(45-2) Account Number (last 4 digits):8209

---

*Creditor:*       (10128541)
Cintas
PO Box 636525
Cincinnati, OH 45263

**Claim No: 46**
*Original Filed Date*: 04/17/2023
*Original Entered Date*: 04/17/2023

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

  Amount claimed: $1772.98

*History:*

Details  ⊙  46-1  04/17/2023 Claim #46 filed by Cintas, Amount claimed: $1772.98 (admin)

*Description:*

*Remarks:*

---

*Creditor:*       (10128555)   History
Grassi & Co.
50 Jericho Quadrangle
Jericho, NY 11753

**Claim No: 47**
*Original Filed Date*: 04/24/2023
*Original Entered Date*: 04/24/2023

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

  Amount claimed: $2927.50

*History:*

Details  ⊙  47-1  04/24/2023 Claim #47 filed by Grassi & Co., Amount claimed: $2927.50 (admin)

*Description:*

*Remarks:* (47-1) Account Number (last 4 digits):1017

---

*Creditor:*       (10134672)
Cellco Partnership d/b/a Verizon
Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147

**Claim No: 48**
*Original Filed Date*: 05/02/2023
*Original Entered Date*: 05/02/2023

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

  Amount claimed: $8816.01

*History:*

Details  ⊙  48-1  05/02/2023 Claim #48 filed by Cellco Partnership d/b/a Verizon Wireless, Amount claimed: $8816.01
                             (admin)

*Description:*

*Remarks:* (48-1) Account Number (last 4 digits):3906

---

*Creditor:*       (10193447)
W. W. Grainger, Inc.
401 South Wright Rd.
Janesville, WI 53546

**Claim No: 49**
*Original Filed Date*: 05/16/2023
*Original Entered Date*: 05/16/2023

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

Amount claimed: $16986.73
Priority  claimed: $13190.24

*History:*

Details  🌐  49-1  05/16/2023 Claim #49 filed by W. W. Grainger, Inc., Amount claimed: $16986.73 (admin)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*     (10193790) | **Claim No: 50** | *Status:* |
| IPFS Corporation | *Original Filed Date:* 05/17/2023 | *Filed by:* CR |
| 30 Montgomery Street | *Original Entered Date:* 05/17/2023 | *Entered by:* Lisa R Chandler |
| Suite 501 | *Last Amendment Filed:* 02/12/2024 | *Modified:* |
| Jersey City, NJ 07302 | *Last Amendment Entered:* 02/12/2024 | |

Amount claimed: $33467.45

*History:*

Details  🌐  50-1  05/17/2023 Claim #50 filed by IPFS Corporation, Amount claimed: $603909.34 (Chandler, Lisa)

Details  🌐  50-2  02/12/2024 Amended Claim #50 filed by IPFS Corporation, Amount claimed: $33467.45 (Chandler, Lisa)

*Description:* (50-1) Amount due under premium finance agreement
(50-2) Amount due under premium finance agreement
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*     (10197086) | **Claim No: 51** | *Status:* |
| Keyspan Gas East Corporation DBA | *Original Filed Date:* 05/25/2023 | *Filed by:* CR |
| National Grid | *Original Entered Date:* 05/25/2023 | *Entered by:* admin |
| 300 Erie Boulevard West | | *Modified:* |
| Syracuse, NY 13202 | | |

Amount claimed: $8124.10

*History:*

Details  🌐  51-1  05/25/2023 Claim #51 filed by Keyspan Gas East Corporation DBA National Grid, Amount claimed: $8124.10 (admin)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*     (10116810) | **Claim No: 52** | *Status:* |
| Internal Revenue Service | *Original Filed Date:* 05/25/2023 | *Filed by:* CR |
| Centralized Insolvency Operations | *Original Entered Date:* 05/25/2023 | *Entered by:* Lynn R Sexton |
| PO Box 7346 | | *Modified:* |
| Philadelphia, PA 19101-7346 | | |

Amount  claimed: $565909.75
Secured claimed:     $0.00
Priority   claimed: $565909.75

*History:*

Details  🌐  52-1  05/25/2023 Claim #52 filed by Internal Revenue Service, Amount claimed: $565909.75 (Sexton, Lynn)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*     (10198050) | **Claim No: 53** | *Status:* |
| Cloudfund, LLC | *Original Filed Date:* 05/29/2023 | *Filed by:* CR |
| Giuliano Law PC | *Original Entered Date:* 05/29/2023 | *Entered by:* Anthony F. Giuliano |

Anthony Giuliano, Esq.                                          *Modified:*
445 Broadhollow Rd., Suite 25
Melville, NY 11747-3645

  Amount  claimed: $1371151.00

  Secured claimed: $1371151.00

*History:*

Details  🔍  53-1  05/29/2023 Claim #53 filed by Cloudfund, LLC, Amount claimed: $1371151.00 (Giuliano, Anthony)

*Description:* (53-1) Purchase and sale of percentage of future receipts
*Remarks:*

---

*Creditor:*      (10198050)          **Claim No: 54**                *Status:*
Cloudfund, LLC                       *Original Filed Date:* 05/29/2023   *Filed by:* CR
Giuliano Law PC                      *Original Entered Date:* 05/29/2023  *Entered by:* Anthony F. Giuliano
Anthony Giuliano, Esq.                                          *Modified:*
445 Broadhollow Rd., Suite 25
Melville, NY 11747-3645

  Amount claimed: $1371151.00

*History:*

Details  🔍  54-1  05/29/2023 Claim #54 filed by Cloudfund, LLC, Amount claimed: $1371151.00 (Giuliano, Anthony)

*Description:* (54-1) Purchase and sale of percentage of future receipts
*Remarks:*

---

*Creditor:*      (10170029)          **Claim No: 55**                *Status:*
Crum & Forster Indemnity Company     *Original Filed Date:* 05/30/2023   *Filed by:* CR
c/o McElroy Deutsch                  *Original Entered Date:* 05/30/2023  *Entered by:* Gary David Bressler
Attn: Gary Bressler, Esq.                                       *Modified:*
300 Delaware Ave, Suite 1014
Wilmington, DE 19801

  Amount  claimed: $94622.89

  Secured claimed: $94622.89

*History:*

Details  🔍  55-1  05/30/2023 Claim #55 filed by Crum & Forster Indemnity Company, Amount claimed: $94622.89
                      (Bressler, Gary)

*Description:* (55-1) Please see Addendum
*Remarks:* (55-1) Please see Addendum

---

*Creditor:*      (10198304)          **Claim No: 56**                *Status:*
Sheet Metal Workers Local 28 Pension *Original Filed Date:* 05/30/2023   *Filed by:* CR
Fund                                 *Original Entered Date:* 05/30/2023  *Entered by:* Thomas P Keane
c/o 100 Crossways Park Drive West,                             *Modified:*
Suite

  Amount claimed: $668063.00

*History:*

Details  🔍  56-1  05/30/2023 Claim #56 filed by Sheet Metal Workers Local 28 Pension Fund, Amount claimed:
                      $668063.00 (Keane, Thomas)

*Description:*
*Remarks:*

---

*Creditor:*      (10198448)          **Claim No: 57**                *Status:*
Kirby Aisner & Curley LLP            *Original Filed Date:* 05/30/2023   *Filed by:* CR
700 Post Road, Suite 237             *Original Entered Date:* 05/30/2023  *Entered by:* Dawn Kirby

Scarsdale NY 10583                                    *Modified:*

  Amount claimed: $114509.09

*History:*

Details  ❷  57-1   05/30/2023 Claim #57 filed by Kirby Aisner & Curley LLP, Amount claimed: $114509.09 (Kirby, Dawn)

*Description:* (57-1) Chapter 11 Legal Fees/Costs 5-4-2022 to 2-10-2023

*Remarks:* (57-1) Subject to Fee Application & Bankruptcy Court Approval

| | | |
|---|---|---|
| *Creditor:*   (10198452) | **Claim No: 58** | *Status:* |
| Meltzer Lippe Goldstein & Breitstone, LLP | *Original Filed Date*: 05/30/2023 | *Filed by:* CR |
| 190 Willis Avenue | *Original Entered Date*: 05/30/2023 | *Entered by:* admin |
| APT 301 | | *Modified:* |
| Mineola, NY 11501-190 | | |

  Amount claimed: $78835.91

  Priority  claimed: $78835.91

*History:*

Details  ❷  58-1   05/30/2023 Claim #58 filed by Meltzer Lippe Goldstein & Breitstone, LLP, Amount claimed: $78835.91 (admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (10204582) | **Claim No: 59** | *Status:* |
| James Dvorak | *Original Filed Date*: 06/14/2023 | *Filed by:* CR |
| c/o RMF PC, Attn: Adam Silvers | *Original Entered Date*: 06/14/2023 | *Entered by:* admin |
| 1425 RXR Plaza | | *Modified:* |
| East Tower, 15th Floor | | |
| Uniondale, NY 11556 | | |
| *No amounts claimed* | | |

*History:*

Details  ❷  59-1   06/14/2023 Claim #59 filed by James Dvorak, Amount claimed: (admin)

*Description:*

*Remarks:* (59-1) Filer Comment: See Rider

| | | |
|---|---|---|
| *Creditor:*   (10204592) | **Claim No: 60** | *Status:* |
| Douglas Belz | *Original Filed Date*: 06/14/2023 | *Filed by:* CR |
| c/o RMF PC, Attn: Adam Silvers | *Original Entered Date*: 06/14/2023 | *Entered by:* admin |
| 1425 RXR Plaza | | *Modified:* |
| East Tower 15th Floor | | |
| Uniondale, NY 11556 | | |

  Amount claimed: $81033.26

*History:*

Details  ❷  60-1   06/14/2023 Claim #60 filed by Douglas Belz, Amount claimed: $81033.26 (admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (10204996) | **Claim No: 61** | *Status:* |

*History:*

Details  ❷  61-1   06/15/2023 Claim #61 filed by Stephen DiMeglio, Amount claimed: (admin)

*Description:*

*Remarks:* (61-1) Filer Comment: See Rider

Stephen DiMeglio                  *Original Filed Date:* 06/15/2023      *Filed by:* CR
c/o RMF PC, Attn: Adam Silvers     *Original Entered Date:* 06/15/2023   *Entered by:* admin
1425 RXR Plaza                                                          *Modified:*
East Tower, 15th Floor
Uniondale, NY 11556
*No amounts claimed*

*History:*

Details  ◑  61-1   06/15/2023 Claim #61 filed by Stephen DiMeglio, Amount claimed: (admin)

*Description:*

*Remarks:* (61-1) Filer Comment: See Rider

---

*Creditor:*    (10224063)         **Claim No: 62**                      *Status:*
U.S. Trustee Payment Center        *Original Filed Date:* 08/04/2023     *Filed by:* CR
P.O. Box 6200-19                   *Original Entered Date:* 08/04/2023   *Entered by:* Linda A Riffkin
Portland, OR 97228                                                      *Modified:*

  Amount claimed: $22360.00

*History:*

Details  ◑  62-1   08/04/2023 Claim #62 filed by U.S. Trustee Payment Center, Amount claimed: $22360.00 (Riffkin,
                   Linda)

*Description:* (62-1) fees under Chapter 123 of Title 28, United States Code
*Remarks:*

---

*Creditor:*    (10309576)         **Claim No: 63**                      *Status:*
Masterman's LLP                    *Original Filed Date:* 02/27/2024     *Filed by:* CR
c/o Masterman's LLP                *Original Entered Date:* 02/27/2024   *Entered by:* sxl
PO BOx 411                                                              *Modified:*
Auburn MA 1501

  Amount claimed: $860.32

*History:*

Details  ◑  63-1   02/27/2024 Claim #63 filed by Masterman's LLP, Amount claimed: $860.32 (sxl)

*Description:* (63-1) Goods Sold
*Remarks:*

## Claims Register Summary

**Case Name:** Blue Diamond Air Systems, Inc.
**Case Number:** 8-22-72698-ast
**Chapter:** 7
**Date Filed:** 10/04/2022
**Total Number Of Claims:** 62

| Total Amount Claimed* | $46477581.76 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| | | |

| Secured | $7035614.81 | |
|---|---|---|
| Priority | $5445823.62 | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/18/2024 15:10:53 | | | |
| **PACER Login:** | trusteeperg6183 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 8-22-72698-ast Filed or Entered From: 1/1/1990 Filed or Entered To: 11/18/2024 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Exempt Court Order |