# EXHIBIT "O"

# CERTIFICATE OF MERGER OF MIRAGE MECHANICAL SYSTEMS INC. INTO BLUE DIAMOND SHEET METAL, INC.

## PURSUANT TO SECTION 904 OF THE BUSINESS CORPORATION LAW OF THE STATE OF NEW YORK

Filed by
Campolo, Middleton & McCormick, LLP
4175 Veterans Memorial Highway, Suite 400
Ronkonkoma, NY 11779
Cust. Ref. #3541-001

Filed with the NYS Department of State on 06/24/2021
Filing Number: 210625000493 DOS ID: 830654

## CERTIFICATE OF MERGER OF MIRAGE MECHANICAL SYSTEMS INC. INTO BLUE DIAMOND SHEET METAL, INC. PURSUANT TO SECTION 904 OF THE BUSINESS CORPORATION LAW OF THE STATE OF NEW YORK

FIRST: The name and jurisdiction of formation or organization of each constituent entity is: (i) Mirage Mechanical Systems Inc., a New York corporation; and (ii) Blue Diamond Sheet Metal, Inc. a New York corporation, originally filed under the name

SECOND: The certificate of incorporation of Mirage Mechanical Systems Inc. was originally filed with the New York Department of State on January 2, 2003, and the certificate of incorporation of Blue Diamond Sheet Metal, Inc. was filed with the New York Department of State on March 25, 1983.

THIRD: The agreement of merger has been approved and executed by each of the domestic entities that are constituents thereto.

FOURTH: The name of the surviving corporation is Blue Diamond Sheet Metal, Inc.

FIFTH: The merger shall be effective on June 24th, 2021.

SIXTH: The surviving domestic corporation may be served with process in this state in any action or special proceeding for the enforcement of any liability or obligation of any domestic limited liability company, domestic business corporation or domestic other business entity previously amenable to suit in this state that is to merge and for the enforcement that is provided in the Business Corporation Law of the right of members of any domestic limited liability company, shareholders of any domestic business corporation or owners of any domestic other business entity to receive payment for their interests against the surviving foreign limited liability company.

SEVENTH: Pursuant to Section 623 of the Business Corporation Law or any applicable statute, the surviving domestic business corporation will promptly pay to the shareholders of each domestic business corporation or owners of any constituent other business entity the amount, if any, to which they shall be entitled under the provisions of the Business Corporation Law and any applicable statute relating to the right of shareholders and owners to receive payment for their interest.

EIGHTH: The Secretary of State is designated as agent of the surviving corporation upon whom process against it may be served. The address within or without the state to which the Secretary of State shall mail a copy of any process against the corporation served upon it is: Blue Diamond Sheet Metal, Inc., 1165 Station Road, Medford, NY 11763.

NINTH: The agreement of merger is on file at the place of business of the surviving corporation at the following address: Blue Diamond Sheet Metal, Inc., 1165 Station Road, Medford, NY 11763. A copy of the plan of merger will be furnished by the Surviving Corporation to its shareholders without cost.

*[remainder of page intentionally left blank – signature page to follow]*

[3542.001/3409874/2]

1.

Filed with the NYS Department of State on 06/24/2021
Filing Number: 210625000493 DOS ID: 830654

**BLUE DIAMOND SHEET METAL, INC.**

By: _/s/ Meghan LaBella_
Name: Meghan LaBella
Title: Chief Financial Officer


**MIRAGE MECHANICAL SYSTEMS INC.**

By: _/s/ Meghan LaBella_
Name: Meghan LaBella
Title: Chief Financial Officer

*Signature page to Certificate of Merger*

2

[3342-001/3409874/2]

Filed with the NYS Department of State on 06/24/2021
Filing Number: 210625000493 DOS ID: 830654