# EXHIBIT "P"

# CERTIFICATE OF AMENDMENT OF THE CERTIFICATE OF INCORPORATION OF BLUE DIAMOND SHEET METAL, INC.

PURSUANT TO SECTION 805 OF THE BUSINESS CORPORATION LAW OF THE STATE OF NEW YORK

Filed by
Campolo, Middleton & McCormick, LLP
4175 Veterans Memorial Highway, Suite 400
Ronkonkoma, NY 11779
Cust. Ref. #3541-001

Filed with the NYS Department of State on 07/07/2021
Filing Number: 210708000448 DOS ID: 830654

CERTIFICATE OF AMENDMENT
OF THE
CERTIFICATE OF INCORPORATION
OF
BLUE DIAMOND SHEET METAL, INC.

Under Section 805 of the Business Corporation Law

1. The name of the corporation is Blue Diamond Sheet Metal, Inc. (the "Corporation").

2. The certificate of incorporation of the Corporation (such certificate of incorporation, as amended or restated and in effect thereafter, the "Certificate of Incorporation") was filed with the New York State Department of State on March 25, 1983.

3. The Certificate of Incorporation is hereby amended as follows:

Paragraph (1) of the Certificate of Incorporation relating to the existing name of the Corporation is hereby amended to read in its entirety as follows:

   1. The name of this Corporation is Blue Diamond Air Systems, Inc.

4. The certificate of amendment was authorized by the vote of the board of directors followed by the unanimous written consent of the holders of all outstanding shares.

IN WITNESS WHEREOF, the undersigned has executed this Certificate as of June 15, 2021.

By: *Meghan LaBella*
Name: Meghan LaBella
Title: Chief Financial Officer

{3542-001/3413346}

Filed with the NYS Department of State on 07/07/2021
Filing Number: 210708000448 DOS ID: 830654