# EXHIBIT "R"

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------x

In Re:                                    Chapter 7

Blue Diamond Air Systems, Inc.,           Case No.

                                          822-72698-AST

                        Debtor.

------------------------------------x


                        400 Garden City Plaza

                        Garden City, New York

                        May 22, 2024

                        1:33 p.m.



        Rule 2004 Examination of STEPHEN DiMEGLIO, taken by Counsel for the Trustee, pursuant to Subpoena, before Bonnie Kreuzburg, a Shorthand Reporter and Notary Public within and for the State of New York.

Case 8-24-08071-ast    Doc 15-18    Filed 11/19/24    Entered 11/19/24 10:59:56
Case 8-24-08071-ast    Doc 9-1    Filed 09/30/24    Entered 09/30/24 17:06:10

Page 48

```
 1                    S. DiMeglio
 2   page.
 3         A.    Yes.
 4         Q.    It says no amount claimed.  I guess
 5   you just weren't sure?
 6               MS. GIUGLIANO:  Can I answer that?
 7               MR. FARINA:  It's okay.
 8               MS. GIUGLIANO:  If you click on the
 9         claim, you'll see a rider and there is an
10         amount.
11               MR. FARINA:  Do you remember how much
12         it is for?  Close to these guys or the
13         others?
14               MS. GIUGLIANO:  I don't know.  I'm not
15         going to --
16               MR. FARINA:  It's okay.  I was just
17         curious.
18               MS. GIUGLIANO:  There is a rider.  It
19         says the amount.
20               MR. FARINA:  There is a rider to the
21         account.  Okay.  Counselor, I'll accept your
22         representation.
23         Q.    So now you sold your interest in Blue
24   Diamond Sheet Metal and Mirage Mechanical and
25   Diam-N-Blu.
```

Case 8-24-08071-ast    Doc 15-18    Filed 11/19/24    Entered 11/19/24 10:59:56
Case 8-24-08071-ast    Doc 9-1    Filed 09/30/24    Entered 09/30/24 17:06:10

Page 49

```
1                   S. DiMeglio
2           Were you going around having any
3   interaction with the debtor, Blue Diamond Air
4   Systems, Inc. after December 22, '20?  Did you
5   drive by?  Were you talking to people about what
6   was going on over there or just checked out?
7        A.    I went there a couple of times,
8   because I still had some stuff there.  Personal
9   stuff there.
10       Q.    Oh, okay.
11       A.    And according to Al, it was okay.  It
12  was no big rush to get it out of there.
13       Q.    After, did you perform any services?
14  December 22, 2020 happened.  Did you do anything?
15       A.    No.
16       Q.    I'll show you Trustee's Exhibit 11,
17  please.
18             MS. GIUGLIANO:  Can I ask you to
19         clarify when you say doing anything?
20       Q.    Did you perform any services, any type
21  of services; work, labor, consulting?
22       A.    Nothing.  Nothing at all.
23       Q.    All right.  Trustee's Exhibit 11,
24  which is a consulting agreement.
25       A.    Okay.
```

Case 8-24-08071-ast    Doc 15-18    Filed 11/19/24    Entered 11/19/24 10:59:56
Case 8-24-08071-ast    Doc 9-1    Filed 09/30/24    Entered 09/30/24 17:06:10

Page 50

```
1                   S. DiMeglio
2        Q.    Which was provided to us in connection
3   with the subpoena by your counsel.  And if you go
4   to page 7, you'll see that you signed that.
5        A.    Yeah, I signed it.
6        Q.    So, according to this agreement, you
7   were supposed to receive 3,683.33, which included
8   a 350 gas allowance.
9              Did you perform any consulting
10  services?
11       A.    No.
12       Q.    So you never performed any consulting
13  service in connection with Trustee's Exhibit 11,
14  never at all?
15       A.    No.
16       Q.    Did you get any other perquisites
17  after you sold your shares?  Did they pay car
18  insurance, health insurance or anything?
19       A.    No.
20       Q.    Did any of your family members or
21  friends receive any compensation from the debtor
22  or from the former entities from January 1, 2018
23  to October 2022?  Like did you have a family
24  member or friend that worked at Blue Diamond Sheet
25  Metal, Inc.?
```