# EXHIBIT "S"

S. DiMeglio

<span>14:35:40</span> Were you going around having any interaction with the debtor, Blue Diamond Air Systems, Inc. after December 22, '20? Did you drive by? Were you talking to people about what was going on over there or just checked out?

A. I went there a couple of times, because I still had some stuff there. Personal stuff there.

<span>14:35:49</span> Q. Oh, okay.

A. And according to Al, it was okay. It was no big rush to get it out of there.

Q. After, did you perform any services? December 22, 2020 happened. Did you do anything?

<span>14:36:07</span> A. No.

Q. I'll show you Trustee's Exhibit 11, please.

MS. GIUGLIANO: Can I ask you to clarify when you say doing anything?

<span>14:36:19</span> Q. Did you perform any services, any type of services; work, labor, consulting?

A. Nothing. Nothing at all.

Q. All right. Trustee's Exhibit 11, which is a consulting agreement.

<span>14:36:31</span> A. Okay.