# EXHIBIT "T"

5/19/23, 11:28 AM                                     Teachers Federal Credit Union | Account History



☰
Menu

# Account History

Share Draft Checking  *38355     ▼
                                      Available**  ▇▇▇▇
                                      Current       ▇▇▇▇

Account Details ⌄

| Transfer |
| Export |
| Print |

Narrow by items containing:

e.g. AT&T, check, 5.00

| Date ▼ | Description | Amount | Balance |
|---|---|---|---|
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | | |
| 10/25/2021 | Deposit | $3,383.33 | ▇▇▇ |
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | | |

< older    newer >

** This balance may include overdraft or line of credit funds. Payoff amounts shown are estimates only. Please contact the lending department for an actual payoff amount.

**Other services**

⚙ Account Preferences

| C | ± | % | ÷ |
| 7 | 8 | 9 | × |
| 4 | 5 | 6 | − |
| 1 | 2 | 3 | + |
| 0 |  | . | = |

Our Routing and Transit Number (RTN) is: 221475786

5/19/23, 11:30 AM                            Teachers Federal Credit Union | Account History


Menu



## Account History

Share Draft Checking  *38355           ▼

Available**
Current

Account Details ⌄

Transfer

Export

Print

Narrow by items containing:

e.g. AT&T, check, 5.00

| Date ▼ | Description | Amount | Balance |
|---|---|---|---|
| 11/27/2021 | Deposit | $3,918.19 | |

⟨ older    newer ⟩

** This balance may include overdraft or line of credit funds. Payoff amounts shown are estimates only. Please contact the lending department for an actual payoff amount.

Other services

⚙ Account Preferences

| C | ± | % | ÷ |
| 7 | 8 | 9 | × |
| 4 | 5 | 6 | - |
| 1 | 2 | 3 | + |
| 0 | | . | = |

 

## Account History

Share Draft Checking *38355

Available**
Current

Account Details

Transfer

Export

Print

Narrow by items containing:

e.g. AT&T, check, 5.00

| Date ▼ | Description | Amount | Balance |
|---|---|---|---|
| 01/06/2022 | Deposit | $3,183.33 | |

< older    newer >

** This balance may include overdraft or line of credit funds. Payoff amounts shown are estimates only. Please contact the lending department for an actual payoff amount.

**Other services**

⚙ Account Preferences

| C | ± | % | ÷ |
|---|---|---|---|
| 7 | 8 | 9 | × |
| 4 | 5 | 6 | - |
| 1 | 2 | 3 | + |
| 0 | | . | = |

5/19/23, 11:33 AM                           Teachers Federal Credit Union | Account History


Menu



## Account History

Share Draft Checking  *38355   ▼     Available** ............................ ▓▓▓
                                     Current ............................... ▓▓▓

Account Details ∨

| Transfer |
| Export |
| Print |

Narrow by items containing:

| e.g. AT&T, check, 5.00 |

| Date ▼ | Description | Amount | Balance |
|---|---|---|---|
| 01/24/2022 | Deposit | $3,183.33 | ▓▓▓ |

⟨ older   newer ⟩

** This balance may include overdraft or line of credit funds. Payoff amounts shown are estimates only. Please contact the lending department for an actual payoff amount.

**Other services**

⚙ Account Preferences

| C | ± | % | + |
| 7 | 8 | 9 | × |
| 4 | 5 | 6 | - |
| 1 | 2 | 3 | + |
| 0 |   | . | = |

Our Routing and Transit Number (RTN) is: 221475786





# Account History

Share Draft Checking *38355

Available**
Current

Account Details ∨

Transfer

Export

Print

Narrow by items containing:

e.g. AT&T, check, 5.00

| Date ▼ | Description | Amount | Balance |
|---|---|---|---|
| 02/28/2022 | Deposit | $3,823.33 | |

⟨ older   newer ⟩

** This balance may include overdraft or line of credit funds. Payoff amounts shown are estimates only. Please contact the lending department for an actual payoff amount.

**Other services**

⚙ Account Preferences

| C | ± | % | ÷ |
|---|---|---|---|
| 7 | 8 | 9 | × |
| 4 | 5 | 6 | - |
| 1 | 2 | 3 | + |
| 0 |   | . | = |

5/19/23, 11:35 AM                                    Teachers Federal Credit Union | Account History


Menu



# Account History

Share Draft Checking *38355          Available**
                                     Current

Account Details

| Transfer |
| Export |
| Print |

Narrow by Items containing:

e.g. AT&T, check, 5.00

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 03/28/2022 | Deposit | $3,383.33 | |

< older    newer >

** This balance may include overdraft or line of credit funds. Payoff amounts shown are estimates only. Please contact the lending department for an actual payoff amount.

**Other services**

⚙ Account Preferences

| C | ± | % | ÷ |
| 7 | 8 | 9 | × |
| 4 | 5 | 6 | - |
| 1 | 2 | 3 | + |
| 0 |   | . | = |

Our Routing and Transit Number (RTN) is: 221475786




# Account History

Share Draft Checking *38355

Available**
Current

Account Details ⌄

| Transfer |
| Export |
| Print |

Narrow by items containing:

e.g. AT&T, check, 5.00

| Date ▼ | Description | Amount | Balance |
| --- | --- | --- | --- |
| 04/26/2022 | Deposit zach belz | $3,000.00 | |
| 04/26/2022 | Deposit | $3,683.33 | |

< older    newer >

** This balance may include overdraft or line of credit funds. Payoff amounts shown are estimates only. Please contact the lending department for an actual payoff amount.

**Other services**

⚙ Account Preferences

| C | ± | % | ÷ |
| 7 | 8 | 9 | × |
| 4 | 5 | 6 | − |
| 1 | 2 | 3 | + |
| 0 | | . | = |




## Account History

Share Draft Checking  *38355           ▼        Available**
                                                Current

Account Details ∨

| Transfer |
| Export |
| Print |

Narrow by items containing:

e.g. AT&T, check, 5.00

| Date ▼ | Description | Amount | Balance |
|---|---|---|---|
| 05/24/2022 | Deposit | $3,383.33 | |

〈 older    newer 〉

** This balance may include overdraft or line of credit funds. Payoff amounts shown are estimates only. Please contact the lending department for an actual payoff amount.

Other services

⚙ Account Preferences

| C | ± | % | + |
| 7 | 8 | 9 | × |
| 4 | 5 | 6 | - |
| 1 | 2 | 3 | + |
| 0 |   | . | = |

| | | | 51653 |
|---|---|---|---|
| **BLUE DIAMOND AIR SYSTEMS, INC.**<br>1165 STATION ROAD<br>MEDFORD, NY 11763 | BNB BANK<br>337 MAIN ST.<br>HUNTINGTON, NY 11743<br>51-7218/2211 | | NUMBER<br>51653 |
| | May 13, 2022 | | $******3,683.33 |

Pay: ************Three thousand six hundred eighty-three dollars and 33 cents

PAY TO THE ORDER OF: James E Dvorak

BLUE DIAMOND AIR SYSTEMS, INC.

⑈051653⑈ ⑆021406667⑆           3721⑈

Dvorak0000097