# EXHIBIT "U"

| Fill in this information to identify the case: |
|---|
| Debtor 1  Blue Diamond Air Systems, Inc. |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court  Eastern District of New York |
| Case number:  22-72698 |

FILED
U.S. Bankruptcy Court
Eastern District of New York

5/30/2023

Robert A. Gavin, Clerk

# Official Form 410
# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Sheet Metal Workers' National Pension Fund

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Sheet Metal Workers' National Pension Fund

Name

3180 Fairview Park Dr., Suite 400
Falls Church, VA 22042

Contact phone _____7037397048_____
Contact email _____keddis@smwnbf.org_____

Where should payments to the creditor be sent? (if different)

Name

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_____

**4. Does this claim amend one already filed?**

☐ No
☑ Yes. Claim number on court claims registry (if known) __27__   Filed on __12/02/2022__
                                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

Official Form 410                                    Proof of Claim                                    page 1

| | | |
|---|---|---|
| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** | |
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: | 0755 |
| 7. How much is the claim? | $ 19087733.76　　**Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). | |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Provisional withdrawal liability assessment owed to a multiemployer pension fund. | |
| 9. Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>　**Nature of property:**<br>　☐ Real estate.　If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>　☐ Motor vehicle<br>　☐ Other. Describe: _____<br><br>　**Basis for perfection:** _____<br><br>　Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>　**Value of property:**　$ _____<br>　**Amount of the claim that is secured:**　$ _____<br>　**Amount of the claim that is unsecured:**　$ _____　(The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>　**Amount necessary to cure any default as of the date of the petition:**　$ _____<br><br>　**Annual Interest Rate** (when case was filed)　_____ %<br>　☐ Fixed<br>　☐ Variable | |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ | |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ | |

Official Form 410　　　　　　　　　　Proof of Claim　　　　　　　　　　page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No
☐ Yes. *Check all that apply:*                                                     **Amount entitled to priority**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $ _____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $ _____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies   $ _____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    5/30/2023
                    MM / DD / YYYY

/s/  Kevin Eddis
Signature

Print the name of the person who is completing and signing this claim:

Name      Kevin Eddis
          First name    Middle name    Last name

Title     Legal Specialist

Company   Sheet Metal Workers' National Pension Fund
          Identify the corporate servicer as the company if the authorized agent is a servicer

Address   3180 Fairview Park Dr., Suite 400
          Number  Street
          Falls Church, VA 22042
          City   State   ZIP Code

Contact phone   7037397048     Email   keddis@smwnbf.org

Official Form 410                        Proof of Claim                        page 3

Exhibit I

**Sheet Metal Workers' National Pension Fund**
**Determination of Employer Withdrawal Liability Payments**
**For Withdrawals During the Plan Year Ending December 31, 2022**

| Year Ended | Unamortized Balance of Withdrawal Liability Pools | | | | Contributions | | | Employer's Share of Unamortized Pools |
|---|---|---|---|---|---|---|---|---|
| | Basic Pools As of 12/31 | Reallocated Pools As of 12/31 | Affected Benefits Pools As of 12/31 | Total Pools As of 12/31 | 5-Year Total, Adjusted for Withdrawn Employers | Blue Diamond Air Systems (020755 & 132677) | 5-Year Total | |
| 1998 | | | | | | 536,151.65 | | |
| 1999 | | | | | | 479,733.06 | | |
| 2000 | | | | | | 518,752.66 | | |
| 2001 | | | | | | 405,097.72 | | |
| 2002 | 34,783,917 | 37,738 | | 34,821,655 | 1,156,086,641 | 580,028.84 | 2,519,764 | 75,896.00 |
| 2003 | 13,876,274 | 169,463 | | 14,045,737 | 1,180,264,191 | 470,246.93 | 2,453,859 | 29,202.16 |
| 2004 | 58,488,440 | 670,622 | | 59,159,062 | 1,193,749,349 | 644,861.24 | 2,618,987 | 129,790.09 |
| 2005 | 43,900,950 | 116,993 | | 44,017,943 | 1,210,189,788 | 703,603.59 | 2,803,838 | 101,983.34 |
| 2006 | 164,943,572 | 442,023 | | 165,385,595 | 1,275,299,752 | 861,012.84 | 3,259,753 | 422,736.90 |
| 2007 | 105,113,107 | 822,134 | | 105,935,241 | 1,367,978,490 | 1,254,882.64 | 3,934,607 | 304,693.07 |
| 2008 | (58,327,119) | 294,942 | 145,581,742 | 87,549,565 | 1,498,738,835 | 1,263,272.81 | 4,727,633 | 276,167.01 |
| 2009 | 203,750,758 | 2,034,870 | 28,589 | 205,814,217 | 1,579,997,694 | 1,481,238.48 | 5,564,010 | 724,781.08 |
| 2010 | 250,320,019 | 4,133,259 | 27,173,402 | 281,626,680 | 1,618,194,282 | 1,108,992.15 | 5,969,399 | 1,038,899.98 |
| 2011 | 295,002,559 | 3,419,629 | 4,270,500 | 302,692,688 | 1,654,151,482 | 1,805,019.52 | 6,913,406 | 1,265,082.04 |
| 2012 | 376,348,656 | 4,714,321 | 88,262 | 381,151,239 | 1,689,780,634 | 2,010,617.33 | 7,669,140 | 1,729,870.89 |
| 2013 | 96,090,816 | 3,977,627 | 948,577 | 101,017,020 | 1,706,299,106 | 1,892,406.45 | 8,298,274 | 491,277.82 |
| 2014 | 402,267,375 | 8,625,013 | | 410,892,388 | 1,791,923,116 | 2,098,439.92 | 8,915,475 | 2,044,340.48 |
| 2015 | 565,036,525 | 6,129,896 | | 571,166,421 | 1,947,039,073 | 1,963,325.30 | 9,769,809 | 2,865,985.92 |
| 2016 | 477,483,987 | 550,615 | | 478,034,602 | 2,112,433,865 | 1,797,326.55 | 9,762,116 | 2,209,124.32 |
| 2017 | 186,164,480 | 8,519,014 | | 194,683,494 | 2,284,129,430 | 1,994,057.09 | 9,745,555 | 830,644.15 |
| 2018 | 298,607,981 | 600,086 | | 299,208,067 | 2,491,259,424 | 2,669,662.33 | 10,522,811 | 1,263,822.61 |
| 2019 | 283,709,674 | 1,240,162 | | 284,949,836 | 2,672,928,838 | 2,666,111.70 | 11,090,483 | 1,182,310.30 |
| 2020 | 681,333,703 | 10,388,944 | | 691,722,647 | 2,758,301,968 | 2,522,005.02 | 11,649,163 | 2,921,358.77 |
| 2021 | (197,329,489) | 674,611 | | (196,654,878) | 2,821,772,568 | 1,917,571.74 | 11,769,408 | (820,233.17) |
| | 4,281,566,185 | 57,561,962 | 178,091,072 | 4,517,219,219 | | | | 19,087,733.76 |

Gross allocable amount of unfunded vested benefits        19,087,733.76
De minimis reduction
 A. Excess assessment (over $100,000)
 B. Lesser of 50,000 and 0.75% of UVB                      18,987,733.76
 C. [B]-[A] not less than zero                                  50,000.00
Net allocable amount of unfunded vested benefits*          19,087,733.76

*Does not reflect any impact of any partial withdrawal, limitation on annual payments or sale of assets*

### Exhibit II

### Sheet Metal Workers' National Pension Fund
### Determination of Employer Withdrawal Liability Payments
### For Withdrawals During the Plan Year Ending December 31, 2022

| | |
|---|---|
| Employer Name: | amond Air Systems (020755 & 132677) |
| Date of Withdrawal: | 1/24/2023 |
| Date of Notice: | 3/21/2023 |
| Net Withdrawal Liability Assessment: | $19,087,733.76 |

| Plan Year Ended 12/31 | Employer Contributions | Contribution Rate | Hours for Which Contributions Were Required | 3-Year Average Hours |
|---|---|---|---|---|
| 2013 | 1,892,406 | 12.67 | 149,361.20 | |
| 2014 | 2,098,440 | 13.56 | 154,752.21 | |
| 2015 | 1,963,325 | 14.51 | 135,308.43 | 146,473.95 |
| 2016 | 1,797,327 | 15.53 | 115,732.55 | 135,264.40 |
| 2017 | 1,994,057 | 17.08 | 116,748.07 | 122,596.35 |
| 2018 | 2,669,662 | 18.28 | 146,042.80 | 126,174.47 |
| 2019 | 2,666,112 | 18.28 | 145,848.56 | 136,213.14 |
| 2020 | 2,522,005 | 16.62 | 151,745.19 | 147,878.85 |
| 2021 | 1,917,572 | 16.95 | 113,131.08 | 136,908.28 |
| 2022 | 2,036,579 | 18.15 | 112,208.23 | 125,694.83 |
| 2023 | | 18.15 | 0.00 | |

Payment Amount:
| | |
|---|---|
| a) Average hours during highest consecutive 3-year period: | 147,878.85 |
| b) Highest hourly contribution rate during 10-year period: | $18.28 |
| c) Annual payment: ((a)x(b)) | $2,703,225.38 |
| d) Quarterly payment: ((c)/4) | **$675,806.35** |

5/28/2023

Exhibit III

## Sheet Metal Workers' National Pension Fund
### Schedule Of Employer Withdrawal Liability Payments
Interest = 7.50%

| | Employer Name: | Blue Diamond Air Systems (020755 & 132677) | |
|---|---|---|---|
| | Date of Withdrawal: | 1/24/2023 | 100% |
| | Net Withdrawal Liability Assessment: | $19,087,733.76 | $19,087,733.76 |

| Payment Number | Estimated Payment Date | Balance Owed | Quarterly Payment Amount | Principal Balance | Annual Interest | Cumulative Principal | Cumulative Interest |
|---|---|---|---|---|---|---|---|
| 1 | May 1, 2023 | $19,087,733.76 | $675,806.35 | $18,411,927.41 | | 675,806.35 | $0.00 |
| 2 | August 1, 2023 | 18,411,927.41 | 675,806.35 | 17,736,121.06 | | 1,351,612.70 | 0.00 |
| 3 | November 1, 2023 | 17,736,121.06 | 675,806.35 | 17,060,314.71 | | 2,027,419.05 | 0.00 |
| 4 | February 1, 2024 | 17,060,314.71 | 675,806.35 | 16,384,508.36 | | 2,703,225.40 | 0.00 |
| 5 | May 1, 2024 | 17,613,346.49 | 675,806.35 | 16,937,540.14 | $1,228,838.13 | 2,150,193.62 | 1,228,838.13 |
| 6 | August 1, 2024 | 16,937,540.14 | 675,806.35 | 16,261,733.79 | | 2,825,999.97 | 1,228,838.13 |
| 7 | November 1, 2024 | 16,261,733.79 | 675,806.35 | 15,585,927.44 | | 3,501,806.32 | 1,228,838.13 |
| 8 | February 1, 2025 | 15,585,927.44 | 675,806.35 | 14,910,121.09 | | 4,177,612.67 | 1,228,838.13 |
| 9 | May 1, 2025 | 16,028,380.17 | 675,806.35 | 15,352,573.82 | 1,118,259.08 | 3,735,159.94 | 2,347,097.21 |
| 10 | August 1, 2025 | 15,352,573.82 | 675,806.35 | 14,676,767.47 | | 4,410,966.29 | 2,347,097.21 |
| 11 | November 1, 2025 | 14,676,767.47 | 675,806.35 | 14,000,961.12 | | 5,086,772.64 | 2,347,097.21 |
| 12 | February 1, 2026 | 14,000,961.12 | 675,806.35 | 13,325,154.77 | | 5,762,578.99 | 2,347,097.21 |
| 13 | May 1, 2026 | 14,324,541.38 | 675,806.35 | 13,648,735.03 | 999,386.61 | 5,438,998.73 | 3,346,483.82 |
| 14 | August 1, 2026 | 13,648,735.03 | 675,806.35 | 12,972,928.68 | | 6,114,805.08 | 3,346,483.82 |
| 15 | November 1, 2026 | 12,972,928.68 | 675,806.35 | 12,297,122.33 | | 6,790,611.43 | 3,346,483.82 |
| 16 | February 1, 2027 | 12,297,122.33 | 675,806.35 | 11,621,315.98 | | 7,466,417.78 | 3,346,483.82 |
| 17 | May 1, 2027 | 12,492,914.68 | 675,806.35 | 11,817,108.33 | 871,598.70 | 7,270,625.43 | 4,218,082.52 |
| 18 | August 1, 2027 | 11,817,108.33 | 675,806.35 | 11,141,301.98 | | 7,946,431.78 | 4,218,082.52 |
| 19 | November 1, 2027 | 11,141,301.98 | 675,806.35 | 10,465,495.63 | | 8,622,238.13 | 4,218,082.52 |
| 20 | February 1, 2028 | 10,465,495.63 | 675,806.35 | 9,789,689.28 | | 9,298,044.48 | 4,218,082.52 |
| 21 | May 1, 2028 | 10,523,915.98 | 675,806.35 | 9,848,109.63 | 734,226.70 | 9,239,624.13 | 4,952,309.22 |
| 22 | August 1, 2028 | 9,848,109.63 | 675,806.35 | 9,172,303.28 | | 9,915,430.48 | 4,952,309.22 |
| 23 | November 1, 2028 | 9,172,303.28 | 675,806.35 | 8,496,496.93 | | 10,591,236.83 | 4,952,309.22 |
| 24 | February 1, 2029 | 8,496,496.93 | 675,806.35 | 7,820,690.58 | | 11,267,043.18 | 4,952,309.22 |
| 25 | May 1, 2029 | 8,407,242.37 | 675,806.35 | 7,731,436.02 | 586,551.79 | 11,356,297.74 | 5,538,861.01 |
| 26 | August 1, 2029 | 7,731,436.02 | 675,806.35 | 7,055,629.67 | | 12,032,104.09 | 5,538,861.01 |
| 27 | November 1, 2029 | 7,055,629.67 | 675,806.35 | 6,379,823.32 | | 12,707,910.44 | 5,538,861.01 |
| 28 | February 1, 2030 | 6,379,823.32 | 675,806.35 | 5,704,016.97 | | 13,383,716.79 | 5,538,861.01 |
| 29 | May 1, 2030 | 6,131,818.24 | 675,806.35 | 5,456,011.89 | 427,801.27 | 13,631,721.87 | 5,966,662.28 |
| 30 | August 1, 2030 | 5,456,011.89 | 675,806.35 | 4,780,205.54 | | 14,307,528.22 | 5,966,662.28 |
| 31 | November 1, 2030 | 4,780,205.54 | 675,806.35 | 4,104,399.19 | | 14,983,334.57 | 5,966,662.28 |
| 32 | February 1, 2031 | 4,104,399.19 | 675,806.35 | 3,428,592.84 | | 15,659,140.92 | 5,966,662.28 |
| 33 | May 1, 2031 | 3,685,737.30 | 675,806.35 | 3,009,930.95 | 257,144.46 | 16,077,802.81 | 6,223,806.74 |
| 34 | August 1, 2031 | 3,009,930.95 | 675,806.35 | 2,334,124.60 | | 16,753,609.16 | 6,223,806.74 |
| 35 | November 1, 2031 | 2,334,124.60 | 675,806.35 | 1,658,318.25 | | 17,429,415.51 | 6,223,806.74 |
| 36 | February 1, 2032 | 1,658,318.25 | 675,806.35 | 982,511.90 | | 18,105,221.86 | 6,223,806.74 |
| 37 | May 1, 2032 | 1,056,200.29 | 675,806.35 | 380,393.94 | 73,688.39 | 18,707,339.82 | 6,297,495.13 |
| 38 | August 1, 2032 | 380,393.94 | 380,393.94 | | | | |
| Totals | | | **$25,385,228.89** | | **$6,297,495.13** | | |

5/28/2023