# EXHIBIT "W"

# Form 1120-S — U.S. Income Tax Return for an S Corporation

OMB No. 1545-0123

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Go to www.irs.gov/Form1120S for instructions and the latest information.

CLIENT COPY

**2020**

Department of the Treasury
Internal Revenue Service

For calendar year 2020 or tax year beginning **OCTOBER 1, 2020**, ending **SEPTEMBER 30, 2021**

- **A** S election effective date: 04/01/2001
- **B** Business activity code number (see instructions): 333310
- **C** Check if Sch. M-3 attached: [X]
- Name: **BLUE DIAMOND SHEET METAL, INC**
- Number, street, and room or suite no.: **1165 STATION ROAD**
- City or town, state or province, country, and ZIP or foreign postal code: **MEDFORD, NY 11763**
- **D** Employer identification number: **11-2651264**
- **E** Date incorporated: 04/11/1983
- **F** Total assets (see instructions): $13,570,590.

- **G** Is the corporation electing to be an S corporation beginning with this tax year? [ ] Yes [X] No
- **H** Check if: (1) [ ] Final return (2) [ ] Name change (3) [ ] Address change (4) [ ] Amended return (5) [ ] S election termination or revocation
- **I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ **2**
- **J** Check if corporation: (1) [ ] Aggregated activities for section 465 at-risk purposes (2) [ ] Grouped activities for section 469 passive activity purposes

Caution: Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales: 23,283,512. | |
| 1b | Return and allowances | |
| 1c | Bal. Subtract line 1b from line 1a | 23,283,512. |
| 2 | Cost of goods sold (attach Form 1125-A) | 20,270,754. |
| 3 | Gross profit. Subtract line 2 from line 1c | 3,012,758. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | |
| 5 | Other income (loss) (attach statement) STATEMENT 1 | 1,480,410. |
| 6 | Total income (loss). Add lines 3 through 5 | 4,493,168. |

## Deductions (See instructions for limitations)

| Line | Description | Amount |
|---|---|---|
| 7 | Compensation of officers (see instrs. - attach Form 1125-E) | 246,917. |
| 8 | Salaries and wages (less employment credits) | 547,740. |
| 9 | Repairs and maintenance | 68,220. |
| 10 | Bad debts | 217,548. |
| 11 | Rents | 320,554. |
| 12 | Taxes and licenses STATEMENT 2 | 70,296. |
| 13 | Interest (see instructions) | 57,520. |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 15,631. |
| 15 | Depletion (Do not deduct oil and gas depletion.) | |
| 16 | Advertising | 8,880. |
| 17 | Pension, profit-sharing, etc., plans | 98,060. |
| 18 | Employee benefit programs | |
| 19 | Other deductions (attach statement) STATEMENT 3 | 2,793,513. |
| 20 | Total deductions. Add lines 7 through 19 | 4,444,879. |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 | 48,289. |

## Tax and Payments

| Line | Description | Amount |
|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | |
| 22b | Tax from Schedule D (Form 1120-S) | |
| 22c | Add lines 22a and 22b | |
| 23a | 2020 estimated tax payments and 2019 overpayment credited to 2020 | |
| 23b | Tax deposited with Form 7004 | |
| 23c | Credit for federal tax paid on fuels (attach Form 4136) | |
| 23d | Reserved for future use | |
| 23e | Add lines 23a through 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ [ ] | |
| 25 | Amount owed. If line 23e is smaller than the total of lines 22c and 24, enter amount owed | |
| 26 | Overpayment. If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | |
| 27 | Enter amount from line 26: Credited to 2021 estimated tax ▶ Refunded ▶ | |

**Sign Here:** Signature of officer _____ Date _____ Title ▶ **PRESIDENT**

May the IRS discuss this return with the preparer shown below? See instr. [X] Yes [ ] No

| Paid Preparer Use Only | | | | |
|---|---|---|---|---|
| Print/Type preparer's name: **TIM CONERS** | Preparer's signature: **TIM CONERS** | Date: 01/11/23 | Check if self-employed [ ] | PTIN: P01227536 |
| Firm's name ▶ **GRASSI & CO. CPA'S, P.C.** | | | Firm's EIN ▶ 11-3266576 | |
| Firm's address ▶ **50 JERICHO QUADRANGLE, SUITE 200, JERICHO, NY 11753** | | | Phone no.: 516-256-3500 | |

LHA   For Paperwork Reduction Act Notice, see separate instructions.   011701 12-16-20

Form **1120-S** (2020)

Form 1120-S (2020)  BLUE DIAMOND SHEET METAL, INC     11-2651264    Page 2

| Schedule B | Other Information (see instructions) | | Yes | No |
|---|---|---|---|---|
| 1 | Check accounting method: a ☐ Cash  b ☒ Accrual  c ☐ Other (specify) ▶ | | | |
| 2 | See the instructions and enter the: | | | |
| | a Business activity ▶ MANUFACTURER   b Product or service ▶ SHEET METAL | | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | | X |
| 4 | At the end of the tax year, did the corporation: | | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |

b Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ............ X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of restricted stock ▶ _____ | | |
| | (ii) Total shares of non-restricted stock ▶ _____ | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of stock outstanding at the end of the tax year ▶ _____ | | |
| | (ii) Total shares of stock outstanding if all instruments were executed ▶ _____ | | |
| 6 | Has this corporation filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide info. on any reportable transaction? | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ | | |
| | If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, and (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ▶ $ _____ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 10 | Does the corporation satisfy one or more of the following? See instructions | | X |
| | a The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| | b The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| | c The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| 11 | Does the corporation satisfy both of the following conditions? | | X |
| | a The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| | b The corporation's total assets at the end of the tax year were less than $250,000. | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

011711  12-16-20

Form 1120-S (2020)

2

13460111  792240  009967000            2020.06000 BLUE DIAMOND SHEET METAL,  0099670

Form 1120-S (2020)     BLUE DIAMOND SHEET METAL, INC                                    11-2651264     Page 3

## Schedule B | Other Information (see instructions) (continued)

|    |    | Yes | No |
|----|----|-----|-----|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? |  | X |
|    | If "Yes," enter the amount of principal reduction ▶ $ |  |  |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions |  | X |
| 14a | Did the corporation make any payments in 2020 that would require it to file Form(s) 1099? | X |  |
| b | If "Yes," did the corporation file or will it file required Form(s) 1099? | X |  |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? |  | X |
|    | If "Yes," enter the amount from Form 8996, line 15 ▶ $ |  |  |

## Schedule K | Shareholders' Pro Rata Share Items

|    |    |    | Total amount |
|----|----|----|---|
| **Income (Loss)** | 1 Ordinary business income (loss) (page 1, line 21) | 1 | 48,289. |
|  | 2 Net rental real estate income (loss) (attach Form 8825) | 2 |  |
|  | 3a Other gross rental income (loss) ... 3a |  |  |
|  | b Expenses from other rental activities (attach statement) ... 3b |  |  |
|  | c Other net rental income (loss). Subtract line 3b from line 3a | 3c |  |
|  | 4 Interest income           STATEMENT 4 | 4 | 18. |
|  | 5 Dividends: a Ordinary dividends | 5a |  |
|  |              b Qualified dividends ... 5b |  |  |
|  | 6 Royalties | 6 |  |
|  | 7 Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 7 |  |
|  | 8a Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 8a |  |
|  | b Collectibles (28%) gain (loss) ... 8b |  |  |
|  | c Unrecaptured section 1250 gain (attach statement) ... 8c |  |  |
|  | 9 Net section 1231 gain (loss) (attach Form 4797) | 9 |  |
|  | 10 Other income (loss) (see instructions) Type ▶ | 10 |  |
| **Deductions** | 11 Section 179 deduction (attach Form 4562) | 11 | 62,531. |
|  | 12a Charitable contributions       STATEMENT 5 | 12a | 6,400. |
|  | b Investment interest expense | 12b |  |
|  | c Section 59(e)(2) expenditures Type ▶ | 12c |  |
|  | d Other deductions (see instructions) Type ▶ | 12d |  |
| **Credits** | 13a Low-income housing credit (section 42(j)(5)) | 13a |  |
|  | b Low-income housing credit (other) | 13b |  |
|  | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c |  |
|  | d Other rental real estate credits (see instructions) Type ▶ | 13d |  |
|  | e Other rental credits (see instructions) Type ▶ | 13e |  |
|  | f Biofuel producer credit (attach Form 6478) | 13f |  |
|  | g Other credits (see instructions) Type ▶ | 13g |  |
| **Foreign Transactions** | 14a Name of country or U.S. possession ▶ |  |  |
|  | b Gross income from all sources | 14b |  |
|  | c Gross income sourced at shareholder level | 14c |  |
|  | Foreign gross income sourced at corporate level |  |  |
|  | d Reserved for future use | 14d |  |
|  | e Foreign branch category | 14e |  |
|  | f Passive category | 14f |  |
|  | g General category | 14g |  |
|  | h Other (attach statement) | 14h |  |
|  | Deductions allocated and apportioned at shareholder level |  |  |
|  | i Interest expense | 14i |  |
|  | j Other | 14j |  |
|  | Deductions allocated and apportioned at corporate level to foreign source income |  |  |
|  | k Reserved for future use | 14k |  |
|  | l Foreign branch category | 14l |  |
|  | m Passive category | 14m |  |
|  | n General category | 14n |  |
|  | o Other (attach statement) | 14o |  |
|  | Other information |  |  |
|  | p Total foreign taxes (check one): ☐ Paid ☐ Accrued ▶ | 14p |  |
|  | q Reduction in taxes available for credit (attach statement) | 14q |  |
|  | r Other foreign tax information (attach statement) |  |  |

011721 12-16-20                                                                                Form **1120-S** (2020)

3

13460111  792240  009967000                    2020.06000 BLUE DIAMOND SHEET METAL,  0099670

Form 1120S (2020)  BLUE DIAMOND SHEET METAL, INC   11-2651264   Page 4

CLIENT COPY

### Schedule K — Shareholders' Pro Rata Share Items (continued)

| | | Total amount |
|---|---|---:|
| **Alternative Minimum Tax (AMT) Items** | 15a Post-1986 depreciation adjustment | |
| | b Adjusted gain or loss | |
| | c Depletion (other than oil and gas) | |
| | d Oil, gas, and geothermal properties - gross income | |
| | e Oil, gas, and geothermal properties - deductions | |
| | f Other AMT items (attach statement) | |
| **Items Affecting Shareholder Basis** | 16a Tax-exempt interest income | |
| | b Other tax-exempt income | |
| | c Nondeductible expenses  STATEMENT 12 | 82,555. |
| | d Distributions (attach statement if required) | |
| | e Repayment of loans from shareholders | |
| **Other Information** | 17a Investment income | 18. |
| | b Investment expenses | |
| | c Dividend distributions paid from accumulated earnings and profits | |
| | d Other items and amounts (att. stmt.)  STATEMENT 6 | |
| **Reconciliation** | 18 Income (loss) reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | -20,624. |

### Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---:|---:|---:|---:|
| 1 | Cash | | 157,722. | | 1,013,089. |
| 2a | Trade notes and accounts receivable | 9,395,338. | | 6,841,884. | |
| b | Less allowance for bad debts | ( ) | 9,395,338. | ( ) | 6,841,884. |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.) | STATEMENT 7 | 1,362,746. | | 5,033,672. |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. stmt.) | | | | |
| 10a | Buildings and other depreciable assets | 3,894,816. | | 4,915,205. | |
| b | Less accumulated depreciation | ( 3,671,383.) | 223,433. | ( 4,675,260.) | 239,945. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | 61,554. | |
| b | Less accumulated amortization | ( ) | | ( 61,554.) | 0. |
| 14 | Other assets (att. stmt.) | STATEMENT 8 | 96,000. | | 442,000. |
| 15 | Total assets | | 11,235,239. | | 13,570,590. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 1,341,606. | | 3,307,161. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 1,649,395. | | 3,183,572. |
| 18 | Other current liabilities (att. stmt.) | STATEMENT 9 | 985,330. | | 1,676,367. |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 136,425. | | 49,119. |
| 21 | Other liabilities (att. stmt.) | STATEMENT 10 | 2,870,306. | | 0. |
| 22 | Capital stock | | 2,000. | | 2,000. |
| 23 | Additional paid-in capital | | 150,000. | | 2,973,572. |
| 24 | Retained earnings | STATEMENT 11 | 4,100,177. | | 4,934,462. |
| 25 | Adjustments to shareholders' equity (att. stmt.) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( 2,555,663.) |
| 27 | Total liabilities and shareholders' equity | | 11,235,239. | | 13,570,590. |

Form **1120-S** (2020)