# EXHIBIT "X"

# Borrowing Base Certificate

Copies of the most recent required supporting documents **must** be submitted with this form.

The Undersigned, **President** of **Blue Diamond Sheet Metal, Inc. and Diam-N-Blu Mechanical Corp.**
(the Company), does hereby certify to Dime Community Bank (the Bank), intending that the Bank rely on this Certificate in extending credit to the Company, that based upon the books of the Company and its subsidiaries (if any), which are true and correct to the best of the undersigned's knowledge and belief, as of

| | | |
|---|---|---|
| 1 | All Accounts Receivable (Domestic Non-Bonded & Lien Free) | $ 8,238,886.91 |
| 2 | Less Accounts Over 90 Days, Aged from Original Invoice Date | $ 1,804,686.14 |
| | Less Retainage | $ 2,432,951.66 |
| 3 | Total Eligible Accounts Receivable ( Line 1 - Line 2 & 3) | $ 4,001,249.11 |
| 4 | Advance Rate (enter maximum % advance as a decimal) | 85% |
| 5 | ACCOUNTS RECEIVABLE COLLATERAL VALUE | $ 3,401,061.74 |
| 6 | Total Commitment Amount on Line of Credit | $ 3,200,000.00 |
| 7 | Less Current Outstanding Balance on Line of Credit | $ 2,866,912.72 |
| 8 | AMOUNT AVAILABLE UNDER LINE OF CREDIT (Line 5 or Line 6 whichever is less, minus Line 7) | $ 333,087.28 |
| 9 | ADDITIONAL BORROWING REQUESTED (Cannot exceed line 17) | $ - |

If a collateral shortfall exists, the loan balance MUST be reduced or cash collateral provided for an amount greater than or equal to the shortfall. The Undersigned further certifies that: (i) The Company is not in default pursuant to the terms of the Note and Security Agreement executed by the Company in favor of the Bank (the "Agreement"); (ii) All of the Company's representations and warranties in the Agreement are true and correct as of the date hereof; and (iii) There has been no material adverse changes in the financial position of the Company since the date of its most current financial statements which have been delivered to the Bank.

In witness whereof, the Undersigned has executed this Certificate this ____4th day of _April_____, 2021.

By: _____    Diam-N-Blu Mechanical Corp.
Albert LaBella, President

By: _____    Blue Diamond Sheet Metal, Inc.
Albert LaBella, President

Approved: _JoAnn Bello_____    Dime Community Bank

DIME-01315