# EXHIBIT "Y"

# Mirage Mechanical Systems, Inc.
## STATEMENT OF INCOME AND RETAINED EARNINGS
## For the Period Ended September 30, 2020

|  |  | Current Month | Year to Date |
|---|---|---:|---:|
|  | **Gross Sales** |  |  |
| 5185 | Dir Labor - Sheet Metal Mech. Unalloc | $ 6,647 | $ 36,324 |
| 5186 | Dir Labor - Supervisor Unalloc | 7,200 | 45,600 |
| 5221 | Union Expense Unallocated | 2,382 | 13,122 |
| 5400 | Materials & Supplies |  | 27 |
| 5701 | Other Job Unallocated | 1,333 | 8,664 |
|  | **Gross Costs of Sales** | $ 17,562 | $ 103,737 |
|  | **Gross Margin** | $ (17,562) | $ (103,737) |
| 6080 | AUTOMOBILE | $ 307 | $ 1,167 |
| 6100 | RENT |  | 5,249 |
| 6120 | INS -W/C | 919 | 5,684 |
| 6121 | INS -GROUP | 2,748 | 13,739 |
| 6123 | INS -DISABILITY |  | 225 |
| 6124 | Insurance - Genl Liability | 1,022 | 6,526 |
| 6125 | INS -PACKAGE |  | 2,748 |
| 6150 | ADVERTISING |  | 500 |
| 7900 | Payroll Taxes | 1,069 | 6,303 |
| 7950 | Employee Benefits | (507) | (3,297) |
| 7951 | 401 k Benefits | 360 | 2,280 |
|  | **General & Administrative Expenses** | $ 5,918 | $ 41,124 |
|  | **Income from operations** | $ (23,480) | $ (144,861) |
|  | **Other** |  |  |
|  | **Income before provision for income taxes** | $ (23,480) | $ (144,861) |
|  | **Income Taxes** |  |  |
|  | **Net Income** | $ (23,480) | $ (144,861) |

DIME-01862

# Blue Diamond Sheet Metal, Inc.
## STATEMENT OF INCOME AND RETAINED EARNINGS
## For the Period Ended September 30, 2020

| Acct | Description | Current Month | Year to Date |
|---|---|---:|---:|
| 4000 | SALES | $ 1,764,740 | $ 9,918,939 |
|  | **Gross Sales** | **$ 1,764,740** | **$ 9,918,939** |
| 5100 | Labor | $ 695,619 | $ 3,770,663 |
| 5150 | Direct Labor - Unallocated | 67,706 | 413,528 |
| 5155 | Direct Labor - B.S. Supervision |  | 23,920 |
| 5180 | Direct Labor - Drivers | 26,836 | 139,890 |
| 5185 | Direct Labor - Warehouse | 12,380 | 69,544 |
| 5190 | Direct Labor - Estimating | 15,884 | 146,565 |
| 5200 | Labor Burden | 26,080 | 154,612 |
| 5210 | Payroll Taxes | 57,193 | 320,864 |
| 5220 | Union Expense | 566,571 | 3,129,059 |
| 5221 | Union Expense Unallocated | 29,958 | 210,826 |
| 5230 | Insurance - non payroll | 1,725 | 1,725 |
| 5231 | Direct Ins - WC | 53,718 | 314,089 |
| 5232 | Direct Ins - GL | 37,890 | 216,887 |
| 5300 | Equipment |  | 10,234 |
| 5310 | Rental Equipment | 22,933 | 90,596 |
| 5400 | Materials & Supplies | 152,967 | 873,176 |
| 5405 | Materials & supplies Unallocated | 2 | 64 |
| 5410 | Metal Purchases | 81,766 | 431,399 |
| 5500 | Subcontractors | 4,400 | 41,586 |
| 5510 | Consulting Expenses |  | 9,900 |
| 5614 | Plans & Permits |  | 165 |
| 5700 | Other | 2,102 | 22,906 |
| 5701 | Other Job Costs - Unallocated | 8,707 | 57,218 |
| 5760 | radio expense | 3,894 | 58,201 |
| 5770 | Safety Consultant Expense | 1,400 | 10,510 |
|  | **Gross Costs of Sales** | **$ 1,869,731** | **$ 10,518,127** |
|  | **Gross Margin** | **$ (104,991)** | **$ (599,188)** |
| 6080 | AUTOMOBILE | $ 26,632 | $ 140,577 |
| 6090 | RENTAL & REPAIR EQUIPMENT | (1,169) | 20,724 |
| 6100 | RENT |  | 152,257 |
| 6110 | ALARM |  | 908 |
| 6120 | INS -W/C | 6,139 | 33,056 |
| 6121 | INS -GROUP | 9,217 | 52,263 |
| 6122 | INS -OFFICERS LIFE |  | 1,719 |

DIME-01442

# Blue Diamond Sheet Metal, Inc.
## STATEMENT OF INCOME AND RETAINED EARNINGS
## For the Period Ended September 30, 2020

|  |  | Current Month | Year to Date |
|---|---|---:|---:|
| 6123 | INS -DISABILITY |  | $ 10,162 |
| 6124 | Ins - Gen Liab | 4,524 | 23,715 |
| 6126 | INS | 13,690 | 90,233 |
| 6127 | INS -AUTO |  | 557 |
| 6132 | Health expense - HSA |  | 7,000 |
| 6180 | OFFICE EXPENSES | 8,967 | 56,651 |
| 6230 | DELIVERY | 80 | 339 |
| 6270 | ACCOUNTING AND LEGAL | 6,233 | 109,289 |
| 6307 | EMPLOYEE EXPENSES |  | 3,098 |
| 6310 | CONSULTING EXPENSES | 536 | 1,804 |
| 6320 | COMPUTER SOFTWARE | 3,334 | 26,430 |
| 6331 | TRAVEL & ENTERTAINMENT | 36,500 | 204,538 |
| 6410 | LIGHT/HEAT/POWER | 11,237 | 65,483 |
| 6420 | MAINTENANCE | 5,978 | 63,391 |
| 6421 | DONATIONS | 2,400 | 3,125 |
| 6440 | BANK & LATE CHARGES | 3 | 1,074 |
| 6450 | INTEREST | 5,158 | 31,793 |
| 6660 | Road Tax |  | 851 |
| 7100 | Salaries - Officers | 37,520 | 237,720 |
| 7200 | Salaries - Office | 22,157 | 133,155 |
| 7900 | Payroll Taxes | 12,568 | 88,875 |
| 7950 | Employee Benefits | (712) | (4,628 |
| 7951 | 401 k Benefits | 4,851 | 29,695 |
| 9999 | Suspense |  | (127 |
|  | **General & Administrative Expenses** | **$ 215,843** | **$ 1,585,727** |
|  | *Income from operations* | *$ (320,834)* | *$ (2,184,915* |
|  | Other |  |  |
|  | *Income before provision for income taxes* | *$ (320,834)* | *$ (2,184,915* |
| 8960 | Corp Tax - NYC |  | $ 11,155 |
|  | *Income Taxes* |  | *$ 11,155* |
|  | **Net Income** | **$ (320,834)** | **$ (2,196,070** |

DIME-01443